| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Onyinye N Anyama**<br>**Anyama Law Firm, APC**<br>**18000 Studebaker Rd Ste 325,**<br>**Cerritos, CA 90703**<br>**(562) 645-4500 Fax: (562) 645-4494**<br>**262152 CA**<br>onyi@anyamalaw.com | |
| ☐ *Individual appearing without attorney*<br>☑ Attorney for: **America Maria Hernandez** | |

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In re:<br><br>    **America Maria Hernandez**<br><br>                                    Debtor. | CASE NO.: **8:25-bk-12703-MH**<br>CHAPTER: **13** |
|---|---|
| | **NOTICE OF MOTION FOR: NOTICE OF MOTION AND MOTION IN INDIVIDUAL CASE FOR ORDER IMPOSING A STAY OR CONTINUING THE AUTOMATIC STAY AS THE COURT DEEMS APPROPRIATE (with supporting declarations)**<br>*(Specify name of Motion)* |
| | DATE: **October 23, 2025**<br>TIME: **1: 30 PM**<br>COURTROOM: **6C**<br>PLACE: **411 W. Fourth St., Santa Ana, CA 92701** |

1. TO (specify name):  THE HONORABLE JUDGE HOULE AND ALL INTERESTED PARTIES

2. NOTICE IS HEREBY GIVEN that on the following date and time and in the indicated courtroom, Movant in the above-captioned matter will move this court for an Order granting the relief sought as set forth in the Motion and accompanying supporting documents served and filed herewith. Said Motion is based upon the grounds set forth in the attached Motion and accompanying documents.

3. **Your rights may be affected.**  You should read these papers carefully and discuss them with your attorney, if you have one. (If you do not have an attorney, you may wish to consult one.)

4. **Deadline for Opposition Papers:** This Motion is being heard on regular notice pursuant to LBR 9013-1. If you wish to oppose this Motion, you must file a written response with the court and serve a copy of it upon the Movant or Movant's attorney at the address set forth above no less than fourteen (14) days prior to the above hearing date. If you fail to file a written response to this Motion within such time period, the court may treat such failure as a waiver of your right to oppose the Motion and may grant the requested relief.

5. **Hearing Date Obtained Pursuant to Judge's Self-Calendaring Procedure:** The undersigned hereby verifies that the above hearing date and time were available for this type of Motion according to the judge's self-calendaring procedures.

Date: **October 1, 2025**

**Anyama Law Firm, APC**
Printed name of law firm

**/s/ Onyinye N Anyama**
Signature
**Onyinye N Anyama**
Printed name of attorney

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*                    Page 1                    **F 9013-1.1.HEARING.NOTICE**

| Attorney or Party Name, Address, Telephone & FAX Nos.,State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Onyinye N Anyama**<br>**18000 Studebaker Rd Ste 325,**<br>**Cerritos, CA 90703**<br>**(562) 645-4500 Fax: (562) 645-4494**<br>**262152 CA**<br>**onyi@anyamalaw.com**<br><br><br>☐ *Individual appearing without attorney*<br>☑ *Attorney for:* **America Maria Hernandez** | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re:<br><br>      **America Maria Hernandez**<br><br><br><br><br><br><br><br><br><br><br>                                      Debtor(s). | CASE NO: **8:25-bk-12703-MH**<br><br>CHAPTER    **13**<br><hr>**NOTICE OF MOTION AND MOTION IN INDIVIDUAL CASE FOR ORDER IMPOSING A STAY OR CONTINUING THE AUTOMATIC STAY AS THE COURT DEEMS APPROPRIATE**<br>**(with supporting declarations)**<br><hr>DATE:  **October 23, 2025**<br>TIME:  **1:30**<br>COURTROOM: **6C**<br>PLACE:  **411 West Fourth Street, Santa Ana, CA 92701** |

**Movant:** ___America Maria Hernandez___

1.   NOTICE IS HEREBY GIVEN to ___THE HONORABLE MARK D. HOULE AND ALL INTERESTED PARTIES___ (Secured Creditor/Lessor), trustee (if any), and affected creditors (Responding Parties), their attorneys (if any), and other interested parties that on the above date and time and in the stated courtroom, Movant in the above-captioned matter will move this court for an order imposing a stay or continuing the automatic stay as to certain creditors and actions described in the motion on the grounds set forth in the attached motion.

2.   **Hearing Location:**

    ☐ **255 East Temple Street, Los Angeles, CA 90012**    ☑ **411 West Fourth Street, Santa Ana, CA 92701**
    ☐ **21041 Burbank Boulevard, Woodland Hills, CA 91367**  ☐ **1415 State Street, Santa Barbara, CA 93101**
    ☐ **3420 Twelfth Street, Riverside, CA 92501**

3.   a.  ☑  This Motion is being heard on REGULAR NOTICE pursuant to LBR 9013-1. If you wish to oppose this Motion, you must file a written response to this motion with the court and serve a copy of it upon the Movant's attorney (or upon Movant, if the motion was filed by an unrepresented individual) at the address set forth above no less

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*                      Page 1                      **F 4001-1.IMPOSE.STAY.MOTION**

than 14 days before the above hearing and appear at the hearing of this motion.

b. ☐ This motion is being heard on SHORTENED NOTICE. If you wish to oppose this motion, you must appear at the hearing. Any written response or evidence must be filed and served: ☐ at the hearing ☐ at least ___ days before the hearing.

(1) ☐ An Application for Order Setting Hearing on Shortened Notice was not required (according to the calendaring procedures of the assigned judge).

(2) ☐ An Application for Order Setting Hearing on Shortened Notice was filed per LBR 9075-1(b) and was granted by the court and such motion and order has been or is being served upon the appropriate creditor(s) and trustee, if any.

(3) ☐ An Application for Order Setting Hearing on Shortened Notice has been filed and remains pending. Once the court has ruled on that motion, you will be served with another notice or an order that will specify the date, time and place of the hearing on the attached motion and the deadline for filing and serving a written opposition to the motion.

4. You may contact the Clerk's Office or use the court's website (www.cacb.uscourts.gov) to obtain a copy of an approved court form for use in preparing your response (optional court form F 4001-1.RESPONSE), or you may prepare your response using the format required by LBR 9004-1 and the Court Manual.

5. If you fail to file a written response to the motion or fail to appear at the hearing, the court may treat such failure as a waiver of your right to oppose the Motion and may grant the requested relief.

Date:    **October 1, 2025**

**Anyama Law Firm, APC**
Printed name of law firm (if applicable)

**Onyinye N Anyama**
Printed name of individual Movant or attorney for Movant

**/s/ Onyinye N Anyama**
Signature of individual Movant or attorney for Movant

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                                    Page 2                    **F 4001-1.IMPOSE.STAY.MOTION**

# MOTION FOR ORDER IMPOSING A STAY OR CONTINUING THE AUTOMATIC STAY AS THE COURT DEEMS APPROPRIATE

**Movant:** __America Maria Hernandez__

1. **The Property or Debt at Issue:**
   a. ☑ Movant moves for an order imposing a stay with respect to the following property (Property):
      ☐ Vehicle *(describe year, manufacturer, type, and model)*: **2016 Nissan Altima**
         Vehicle Identification Number:
         Location of vehicle *(if known)*:  **1460 Pamela Lane, La Habra, CA 90631.**

      ☐ Equipment *(describe manufacturer, type, and characteristics)*:
         Serial number(s):

         Location *(if known)*:

      ☑ Other Personal Property *(describe type, identifying information, and location)*:

      ☑ Real Property
         Street Address: **1460 Pamela Lane**
         Apt./Suite No.:
         City, State, Zip Code: **La Habra, CA 90631**
         Legal description or document recording number(include county of recording):

      ☑ See attached continuation page

   The following creditor(s) have a security interest or unexpired lease in this Property (give full name and address of creditor) __U.S. Bank Trust, N.A.__ to secure the sum of approximately $ __978,236.91__  now owed. (Secured Creditor/Lessor). Additional creditors who are the subject of this motion, and their respective claims, addresses and collateral, are described on the continuation sheets attached. *(Attach additional sheets as necessary)*

   b. ☑ Movant moves for an order **imposing a stay** with respect to *any and all actions* against the Debtor and the estate taken concerning the debt/lease owed to the *Secured Creditors/Lessors* as described in this motion; and/or

   c. ☑ Movant moves for an order **imposing a stay** *as to all creditors.*

   d. ☐ Movant moves for an order **continuing the automatic stay** with respect to any and all actions against the Debtor and the estate taken concerning the debt/lease owed to the *Secured Creditor/Lessor*, and/or

   e. ☐ Movant moves for an order **continuing the automatic stay** *as to all creditors*.

2. **Case History:**
   a. ☑ A voluntary   ☐ An involuntary petition concerning an individual[s] under chapter   ☐ 7   ☐ 11   ☐ 12
      ☑ 13 was filed concerning the present case on *(specify date)*: **9/25/25**

   b. ☐ An Order of Conversion to Chapter   ☐ 7   ☐ 11   ☐ 12   ☐ 13 was entered on *(specify date)*:

   c. ☐ Plan was confirmed on *(specify date)*:

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*                    Page 3                    **F 4001-1.IMPOSE.STAY.MOTION**

# EXHIBIT "A"

All that certain real property situated in the County of Orange, State of California, described as follows:

LOT 57 OF TRACT 5051, IN THE CITY OF LA HABRA, COUNTY OF ORANGE, STATE OF CALIFORNIA, AS PER MAP RECORDED IN BOOK 184, PAGES 8 TO 10 OF MISCELLANEOUS MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY.

Assessor's Parcel Number:   █████████

d. ☑ Other bankruptcy cases filed by or against this Debtor have been pending within the past year preceding the petition date in this case. These cases and the reasons for dismissal are:

    1.  Case name: **America Maria Hernandez**
       Case number: **8:25-bk-10404-MH**      Chapter: **13**
       Date Filed: **2/19/2025**         Date dismissed: **8/22/2025**
       Relief from stay re this Property    ☐ was   ☑ Motion was filed but was not granted
       Reason for dismissal: **Failure to make plan payments.**

    2.  Case name:
       Case number:               Chapter:
       Date Filed:                Date dismissed:
       Relief from stay re this Property    ☐ was   ☐ Motion was filed but was not granted
       Reason for dismissal:

       ☐ See attached continuation page

e. ☐ As of the date of this motion the Debtor ☐ has ☐ has not filed a statement of intentions regarding this Property as required under 11 U.S.C. §521(a)(2). If a statement of intentions has been filed, Debtor ☐ has ☐ has not performed as promised therein.

f. ☑ The first date set for the meeting of creditors under 11 U.S.C §341(a) is/was __**10/28/2025 at 10:00 AM**___ and the court ☐ has ☑ has not fixed a later date for performance by Debtor of the obligations described at 11 U.S.C.§521(a)(2). The extended date *(if applicable)* is __.

g. ☐ In a previous case(s), as of the date of dismissal there was:
    ☐ an action by the Secured Creditor/Lessor under 11 U.S.C. §362(d) still pending or
    ☐ such action had been resolved by an order terminating, conditioning or limiting the stay as to such creditor.

3.  The equity in the property is calculated as follows:

a)  1.  Property description/value: __**1460 Pamela Lane, La Habra, CA 90631**___    $ __**1,485,000.00**___
    2.  Creditor/Lien amount: __**U.S. Bank Trust, N.A.**___    $ __**978,236.91**___
    3.  Creditor/Lien amount:__    $__
    4.  Creditor/Lien amount:__    $__
    5.  Creditor/Lien amount:__    $__
    6.  Total Liens    $ __**978,236.91**___
    7.  Debtor's Homestead Exemption    $ __**506,763.09**___
    8.  Equity in the Property (subtract lines 6 and 7 from line 1 and enter here)    $ __**0.00**___

b)  1.  Propery description/value:__    $__
    2.  Creditor/Lien amount:__    $__
    3.  Creditor/Lien amount:__    $__
    4.  Creditor/Lien amount:__    $__
    5.  Creditor/Lien amount:    $__
    6.  Total Liens    $__
    7.  Debtor's Homestead Exemption    $__
    8.  Equity in the Property (subtract lines 6 and 7 from line 1 and enter here)    $__

    ☐ See attached continuation page

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*           Page 4           **F 4001-1.IMPOSE.STAY.MOTION**

**4.  Grounds for Continuing the Stay:**

a.  ☐  Pursuant to 11 U.S.C. § 362(c)(3) the stay should be continued on the following grounds:

1.  ☐  The present case was filed in good faith notwithstanding that a prior single or joint case filed by or against the individual Debtor which was pending within the year preceding the petition date was dismissed, because:

A.  ☐  The prior dismissal was of a case not refiled under chapter 7 after dismissal under 11 U.S.C.§707(b);
B.  ☐  Good faith is shown because _____

☐  See attached continuation page

2.  ☐  The Property is of consequential value or benefit to the estate because:

A.  ☐  The fair market value of the Property is greater than all liens on the Property as shown above in paragraph 3 and as supported by declarations attached *(describe separately as to each property);*.

B.  ☐  The Property is necessary to a reorganization for the following reasons: _____

☐  See attached continuation page

C.  ☐  The Secured Creditor/Lessor's interest can be adequately protected by (describe Movant's proposal for adequate protection:) ___

☐  See attached continuation page

3.  ☐  The presumption of a bad faith filing under 11 U.S.C.§362(c)(3)(C)(i) is overcome in this case as to *all creditors* because:

A.  ☐  The prior dismissal was pursuant to the creation of a debt repayment plan. 11 U.S.C.§362(i);
B.  ☐  Debtor's failure to file or amend the petition or other documents as required by the court or Title 11 of the United States Code and resulting in dismissal was excusable because such failure was caused by the negligence of Debtor's attorney;
C.  ☐  Debtor's failure to file or amend the petition or other documents as required by the court or Title 11 of the United States Code and resulting dismissal was excusable because ___

☐  See attached continuation page

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*                                    Page 5                    **F 4001-1.IMPOSE.STAY.MOTION**

D. ☐ Debtor's failure to provide adequate protection as ordered by the court in the prior case is excusable because __

☐ See attached continuation  page

E. ☐ Debtor's failure to perform the terms of a confirmed plan in the prior case is excusable because _____

☐ See attached continuation page

F. ☐ There has been a substantial change in the personal or financial affairs of the Debtor since the dismissal of the prior case(s) as follows: _____

From this, the court may conclude that this case, if a case under chapter 7, will result in a discharge or, if under chapter 11 or 13, in a confirmed plan that will be fully performed.

☐ See attached continuation page

G. ☐ For the following additional reasons _____

☐ See attached continuation page

4. ☐ The presumption of a bad faith filing as to the Secured Creditor/Lessor under 11 U.S.C.§362(c)(3)(C)(ii) is overcome in this case because _____

☐ See attached continuation page

5. **Grounds for Imposing a Stay:**
   a. ☑ Pursuant to 11 U.S.C.§362(c)(4) this case was filed in good faith and grounds exist for imposing a stay as follows:
      1. ☑ The Property is of consequential value or benefit to the estate because the fair market value of the Property is greater than all liens on the property as shown above in paragraph 3 and as supported by declarations attached.

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                                    Page 6              F 4001-1.IMPOSE.STAY.MOTION

2.  ☑  The Property is of consequential value or benefit to the estate because the Property is necessary to a
reorganization for the following reasons:  __The Debtor has over $506,000.00 in equity and would like to save
her home from foreclosure.__ .

☑ See attached continuation page

3.  ☐  The Secured Creditor/Lessor's interest can be adequately protected by *(describe Movant's proposal for
adequate protection)*: __

☐ See attached continuation page

b.  ☑  The present case was filed in good faith notwithstanding that the prior single or joint cases filed by or against the
individual Debtor pending within the year preceding the petition date were dismissed, because:

1.  ☐  The prior  dismissal was of a case not refiled under chapter 7 after dismissal under 11 U.S.C.§707(b);

2.  ☑  Good faith is shown because  __Shortly after confirmation of the case, the Debtor and her husband had
a brief separation which made it difficult for Mrs. Hernandez to make the plan and mortgage payments. The
Debtor's husband, Steven Hernandez, injured his right arm at his place of employment. He had arm surgery.
However; his surgery did not go as planned. He suffer further damage to his ligaments and tendons which
resulted in a longer recuperation time as expected. Mr. Hernandez also suffers from PTSD.__

☑ See attached continuation page

c.  ☑  The presumption of a bad faith filing under 11 U.S.C.§362(c)(4)(D)(i) is overcome in this case as to *all creditors*
because:

1.  ☐  Debtor had a substantial excuse in failing to file or amend the petition or other documents as required by the
court or Title 11 of the United States Code, resulting in the prior dismissal(s) as follows: __

☐ See attached continuation page

2.  ☐  Debtor's failure to file or amend the petition or other documents as required by the court or Title 11 of the
United States Code and resulting dismissal was as the result of the negligence of Debtor's attorney;

3.  ☐  Debtor's failure to provide adequate protection as ordered by the court in the prior case is excusable
because __

☐ See attached continuation page

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                                     Page 7                          **F 4001-1.IMPOSE.STAY.MOTION**

4. ☐ Debtor's failure to perform the terms of a confirmed plan in the prior case is excusable because ___

☐ See attached continuation page

5. ☑ There has been a substantial change in the personal or financial affairs of the Debtor since the dismissal of the prior case(s) as follows:   **The Debtor and her husband worked out their differences and have reconciled their relationship.  Both debtor's still hold their present employment. Mr. Hernandez is now receiving assistance through the VA to address his PTSD to improve his mental health condition.**

(from which the Court may conclude that this case, if a case under chapter 7, may be concluded with a discharge or, if under chapter 11 or 13, with a confirmed plan that will be fully performed).

☐ See attached continuation page

6. ☑ For the following additional reasons  **The Debtor's son and daughter have agreed to provide financial assistance to assure that the plan and mortgage is paid, if necessary. Additionally, the Debtor has acquired foreign students who will pay rent.**

☑ See attached continuation page

7. ☑ The presumption of bad faith as to the Secured Creditor/Lessor under 11 U.S.C.§362(c)(4)(D)(ii) is overcome in this case because  **The Debtor did not intent to defraud her creditors nor the Court.**

☑ See attached continuation page

6. **Evidence in Support of Motion:** *(Important Note:  Declaration(s) in support of the Motion MUST be attached hereto).*

   a. ☑ Movant submits the attached Declaration(s) on the court's approved forms (if applicable) to provide evidence in support of this Motion pursuant to LBRs.
   b. ☐ Other Declaration(s) are also attached in support of this Motion
   c. ☐ Movant requests that the court consider as admissions the statements made by Debtor under penalty of perjury concerning Movant's claims and the Property set forth in Debtor's(s') Schedules.  Authenticated copies of the relevant portions of the Schedules are attached as Exhibit ___.
   d. ☑ Other evidence *(specify)*:  **Contract with Tiancheng International Group DBA Ivy International Group (hereinafter referred to as "IIG"**

5

7. ☐ An optional Memorandum of Points and Authorities is attached to this Motion.

**WHEREFORE, Movant prays that this Court issue an Order Imposing a Stay and granting the following** *(specify forms of relief requested)***:**

1. ☐ That the Automatic Stay be continued in effect as to all creditors until further order of the court.

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                                Page 8               **F 4001-1.IMPOSE.STAY.MOTION**

2. ☐   That the Automatic Stay be continued in effect as to the Secured Creditor/Lessor with respect to the Property until further order of the court.

3. ☐   That the Automatic Stay be continued in effect as to the Secured Creditor/Lessor with respect to actions to collect the debt owed to the Secured Creditor/Lessor until further order of the court.

4. ☑   That a Stay be imposed as to all creditors until further order of the court..

5. ☑   That a Stay be imposed as to the Secured Creditor/Lessor with respect to the Property until further order of the court.

6. ☑   That a Stay be imposed as to the Secured Creditor/Lessor with respect to actions to collect the debt owed to the Secured Creditor/Lessor until further order of the court.

7. ☐   For adequate protection of the Secured Creditor/Lessor by *(specify proposed adequate protection)* __

8. ☐   For other relief requested, see attached continuation page.

Date: **October 1, 2025**

Respectfully submitted,
**Onyinye N. Anyama**
Movant Name
**Anyama Law Firm, APC**
Firm Name of attorney for Movant (if applicable)

**/s/ Onyinye N Anyama**
Signature
**Onyinye N Anyama**
Printed Name of Individual Movant or Attorney for Movant

## DECLARATION OF MOVANT

I **Onyinye N. Anyama**, am the **Attorney** of Movant. I have read the foregoing motion consisting of **23** pages, and the attached materials incorporated therein by reference. If reference is made to balances owing, my testimony regarding same is based upon the business records of Movant kept in the ordinary course of business of Movant by persons whose responsibility it is to accurately and faithfully record information as to the Debtor's account on or near the date of events recorded. I am one of the custodians of such business records.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| **October 1, 2025** | **Onyinye N Anyama** | **/s/ Onyinye N Anyama** |
|---|---|---|
| *Date* | *Printed name of declarant* | *Signature* |

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*                    Page 9                    **F 4001-1.IMPOSE.STAY.MOTION**

1   Anyama Law Firm, APC
    Onyinye N. Anyama (SBN: 262152)
2   18000 Studebaker Rd., Suite 325
3   Cerritos, CA 90703
    Tel: (562)645-4500
4   Fax: (562)645-4494
    onyi@anyamalaw.com
5

6

7                   **UNITED STATES BANKRUPTCY COURT**
8
            **CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION**
9

10

11  In re:                          )    Case No.:  8:25-bk-12703-MH
                                     )
12                                   )    Chapter 13
    America Maria Hernandez          )
13                                   )    **DECLARATION OF AMERICA MARIA**
                                     )    **HERNANDEZ IN SUPPORT OF**
14                 Debtor.           )    **MOTION TO CONTINUE OR IMPOSE**
                                     )    **THE AUTOMATIC STAY**
15                                   )
                                     )
16                                   )
                                     )
17                                   )
                                     )
18                                   )

19

20       I, America Maria Hernandez, declare as follows:

21       1.      I am the Debtor in the above-captioned proceeding.  I have personal knowledge of the

22  facts set forth herein and if called upon to testify hereto, I could and would do so competently

23  thereto.

24       **2.**      I filed my last prior bankruptcy on February 19, 2025, case number: 8:25-bk-10404-

25  MH. This case was dismissed on August 22, 2025. This case was dismissed for failure to make plan

26  payments.  During this case, my husband and I went through a brief separation. My husband,

27  Steven Hermandez, is a Marine veteran. He suffers from PTSD as a result of the war in Somalia in

28  1993. He also had a work injury in January 2022. He tore his right bicep and was out of work

1  unable to receive his worker's compensation benefits were delays.  He was in a lot of pain on his

2  arm, shoulder and neck. He was frequently in therapy and taking cortisone shots for the pain. He

3  was unable to work and had no financial means. I was also out of work prior to my last prior case.

4  Our financial struggles and his mental health affected our marriage.  This has made him feel as he is

5  unable to provide for our family. As a result of our separation in late May, early June of this year, I

6  was unable to make the required plan and mortgage payments on my own and my case was

7  dismissed.

8      3.      I believe that we can still save our home.  I still work for La Habra Fence Company

9  LLC., as an Office Manager and my husband still works for the City of Los Angeles as a Street

10  Service Supervisor. My estimated monthly income is $4,427.00 after taxes and my husband's

11  monthly take home is approximately $8,532.00 per month. Our monthly combined income is an

12  estimated $12,959.00 per month after taxes. Moreover, my son and daughter have agreed to help us.

13  My daughter is able to contribute $1,200.00 per month and my son can help with $500.00, also per

14  month as needed. They are willing to provide a declaration and proof of their income.

15      4.      In May of this year, I entered into an agreement Tiancheng International Group DBA

16  Ivy International Group ("IIG") who will pay a stipend of $2,000.00 per month to house two foreign

17  students. This contract recently came into effect as of August 2025. I'm now housing one foreign

18  student and I am receiving a stipend of $1,000.00 per month. I am currently waiting on the second

19  student. I have a pending interview within a day or two to determine when the second student will

20  move in. When the second student moves in, we will have an extra $1,000.00 per month totaling

21  $2,000.00 for both students. This will increase our monthly income to an estimated $14,960.00.

22  Attached hereto is a true and correct copy of my agreement with IIG marked **EXHIBIT "1."**

23      5.      This bankruptcy is necessary for reorganization. I have over $506,000.00 in equity.

24  My home is worth approximately $ 1,485,000.00 based on property comparables. I owe an

25  estimated $ 978,236.91 to my Deed of Trust; U.S. Bank Trust, N.A. c/o Caliber Home Loans, Inc.

26  in $506,000.00 in equity. I would like to save my home from foreclosure and protect my

27  investment. Moreover, my plan will be 100% pay back to my general unsecured creditors.

28

5.      Therefore, I respectfully request that the court grants this motion so that I can avoid the foreclosure sale of my home and save my family's home.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing facts are known by me to be true and correct.

Executed on September 30, 2025 in La Habra, California.

America Maria Hernandez, Debtor

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT "1"

This is a contract entered into by Tiancheng International Group DBA Ivy International Group (hereinafter referred to as "**IIG**") and <u>**America Hernandez**</u> (hereinafter referred to as "the **Host Family**") on the 27th day of May, 2025.

IIG hereby engages the Host Family to provide services described herein under "Scope and Manner of Services." The Host Family hereby agrees to provide IIG with such services in exchange for consideration described herein under "Payment for Services Rendered."

### *Scope and Manner of Services*

**Services to Be Rendered By the Host Family:**

1) The Host Family will provide the student with a private, furnished bedroom, a bathroom, a laundry facility and Internet access. Bedroom furnishings should include adequate lighting, a bed, a dresser, bed linens, a closet, a desk and a chair.

2) The Host Family will provide the student with two meals per day on school days (if the school provides lunch) and three meals per day on weekends and holidays. Hot meals are highly recommended.

3) The Host Family will provide the student with transportation to and from school including after-school activities.

4) The Host Family Parents will provide the student with transportation to and from the airport as needed.

5) The Host Family Parents will provide adult supervision to the international student to ensure his/her safety, take him/her to seek medical help when needed, and notify the IIG Coordinator immediately in case of an emergency.

6) The Host Family Parents will attend school's parent meetings and/or other school events, as necessary.

7) The Host Family Parents will provide monthly reports in order to share information about the student and your family's hosting experience with IIG and the student's family. Failure to submit monthly reports in time would result in temporarily holding your monthly stipend.

8) ***The Host Family will provide free storage for the student's belongings over the summer and winter holiday as well as other vacations if the student confirms he or she will come back for the following term.***

9) The Host Family Parents will notify IIG should any of the following circumstances occur in accordance with the terms stated herein:

   - Any time you are contemplating travel with your IIG student outside the Host Family's state.
   - Any time your IIG student is contemplating participation in a high-risk activity.
   - Any time your IIG student is contemplating travel, accompanied or unaccompanied.
   - In the event the student is seriously injured, seriously ill, or hospitalized for any reason.
   - If the IIG student requires any medical care that requires consultation with a physician or other medical professional (the student has medical insurance coverage, and all expenses not covered by this insurance are the responsibility of the student and not the Host Family or IIG, and should be paid directly by the student or the biological parents of said student)
   - If the student develops any behaviors that are potentially illegal, immoral, unethical, hazardous or harmful to themselves or others.
   - If a conflict arises between any member(s) of the Host Family and each student, which you have not been able to resolve quickly and to the full satisfaction of all parties involved.

10) The Host Family will respect the confidentiality of the host family agreement with IIG, by not disclosing its terms to any student or other parties, especially the details of your financial agreement with IIG.

11) The Host Family will respect the confidentiality of the student's agreement with IIG, by not inquiring about its terms with said student, or anyone else, especially the details of the financial agreement with IIG.

12) The Host Family will respect the contractual relationship of the student and IIG, and consequently agree only to host the student through the auspices of IIG. The Host Family agrees **not to enter into a private hosting contract with the student independently of IIG for the duration of the student's enrollment at the partner school.**

1

CONFIDENTIAL

**Support Provided by Ivy International Group (IIG):**

1) IIG will offer a monthly stipend of **$2,000** to the Host Family.

2) IIG will provide the federal W-9 form to the Host Family, which must be completed and sent back to IIG for processing. IIG will issue a 1099 at the end of the year for the Host Family.

3) IIG will purchase medical insurance for the student and provide the medical insurance card to the Host Family.

4) IIG will provide a medical release form signed by the student's natural parents or legal guardian to the Host Family.

5) IIG will facilitate monthly communication, including translation, between Host Family and the student's natural parents or guardians in China.

6) IIG will provide a summer orientation that includes guidelines and handbook for the Host Family and the student.

7) IIG will provide the Host Family with the contact information of an IIG representative that they can reach at all times for emergencies.

8) IIG will provide comprehensive support to the Host Family:

   - Monthly communication and check-in with the Host Family and the student.
   - Periodic visits which will be scheduled with the Host Family in advance.
   - Provide guidance for cultural awareness and orientation.
   - Assist in the logistical planning of arrival and departure from and to China and/or the U.S.A.

### *Payment for Services Rendered*

IIG shall pay the Host Family for services rendered, according to the following Payment Schedule and Conditions.

**Payment Schedule:**

1) IIG will pay the Host Family **$2,000** per month, per student that is placed in their home, typically for the 10-month period coinciding with the academic year. If a student moved in mid-month, the payment to cover these expenses will be prorated for the actual days the student stays in your home. *IIG will pay $2000 deposit upon the agreement signed. It will be used as the last month stipend. In the event of student's visa problem, health problem or other unforeseen issues preventing the student to attend the school, the host family will return the $2,000 deposit within 7 days of the notification from IIG.*

2) Payment check will typically arrive on **1ˢᵗ or 15th** of each month. Please understand that for the first month of student's arrival, the payment may be delayed due to the various time of students' arrival, and intense workload. Notice that the payment may also be delayed occasionally due to severe weather, holidays or other unexpected issues.

3) Notice that the payment for the last month will also be pro-rated according to the student's actual departure date for summer, or up to 3 days after the end of school, whichever is earlier. *If the last day of the school falls after the 20th of the month, IIG will pay for the whole month of the stipend. If before the 20th, IIG will pay for the prorated stipend of the month.*

4) It is the Host Family's responsibility to consult an accountant on how to report this payment in your tax filing to the IRS.

**Conditions:**

Understand that, although rare, due to unforeseen circumstances, the student may be transferred to a different school and/or host family at any time during the year; in such case(s) it is IIG's responsibility to arrange all the details, and not the responsibility of the Host Family.

In the case where the Host Family requests the student to leave their home, they must send a written request to the IIG representative with an explanation and reasons for this decision. In such case, the Host Family agrees to give IIG a period of one month, from the date of first written request to IIG, to prepare alternative living arrangements for the student, provided that the reason for such request does not relate to any behaviors by the student that are potentially illegal, immoral, unethical, hazardous or harmful to the Host Family or others, in which case IIG will immediately remove the student from the Host Family's premises without penalty to the Host Family.

If the student moves out of the Host Family premises during school year, IIG will stop paying stipend to Host Family the day after the student leaves. Payment for the last month of the student's stay will be pro-rated. In the case that the Host Family has received payment for the full month in advance, the Host Family is obligated to return the pro-rated amount for the days after the student leaves.

2

CONFIDENTIAL

*Statement of Non-Liability*

**Guardianship:**

The Host Parents understand that they are the acting guardians, but not the legal guardians of the IIG student living in their home. The student's natural parents or legal guardians in his/her home country always retain this authority, unless it is assigned to someone else in a legal document approved by the natural parents and IIG. The Host Family Parents agree that they will not sign any documents for the IIG student that requests the signature of his/her natural parents except for school permission forms, participation in school sport programs, or in other school-related activities or field trips. When signing such school forms, the Host Family Parents are asked to write "Host Family Parent" in place of where it asks for the parents/legal guardian's signature.

**Non-Liability:**

The Host Family understands that IIG does not provide any liability insurance for the Host Family or for the IIG student. In cases there are any damages caused by the IIG student or for any claims for damages or injuries brought against the Host Family by the IIG student or his/her natural family or guardians, IIG will assist host family to recover any lost from the legal guardians of the students'.

**Risky Activities:**

The Host Family understands that if the IIG student wants to participate in certain risky activities (i.e. skiing, waterskiing, snowmobiling, rock climbing, paintball, etc.) and informs the Host Family of his/her intent,, the Host Family must request the student's natural parents or guardians to complete and sign a "High Risk Activity Waiver" form, <u>prior to the student engaging in such activities</u>. This form can be obtained from IIG.

**Travel Policy:**

The Host Family understands that if the student informs the Host Family that he/she wishes to travel independently of the Host Family or outside of a school-organized trip, the Host Family must request the student's natural parents or guardians to complete and sign a "Travel Permission" form, <u>prior to the student making travel arrangements</u>. This form can be obtained from IIG.

**Visual/Audio Image Release:**

The Host Family grants permission to IIG, its employees and agents, to take and use visual/audio images of my family. Video/audio images are any relevant types of recording, including photographs, digital images, drawing, renderings, voices, sounds, video recordings, audio clips, or accompanying written descriptions directly related to the IIG program.   IIG will not materially alter the original images. The images will only be used on program marketing purposes, and may be used in any manner or media without notifying the Host Family, such as IIG websites, publications, promotions, advertisements, and posters. Host family waives the right to inspect or approve the finished images or any printed or electronic matter that may be used with them. The host family releases IIG and its employees or agents from any claims, damages or liability which may ever have in connection with the taking or use of the images or printed material used with the images, if such use is in accordance with this provision.

**Signatures:**

In witness of their agreement to the terms above, the parties or their authorized agents hereby affix their signatures:

America Hernandez

Waylee Filley

_____

(Printed Name of IIG Host Family)

_____

(Printed Name of IIG Representative)

05/27/25

*Waylee Filley*

_____

(Signature of IIG Host Family) (Date)

_____

(Signature of IIG Representative) (Date)

3

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**18000 Studebaker Rd Ste 325,
Cerritos, CA 90703**

A true and correct copy of the foregoing document entitled (*specify*):   **Notice of Motion and Motion in Individual Case for
Order Imposing a Stay or Continuing the Automatic Stay as the Court Deems Appropriate**   will be served or was
served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders
and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **10/1/25**, I checked
the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the
Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

**Amrane Cohen: efile@ch13ac.com
United States Trustee: ustpregion16.sa.ecf@usdoj.gov**

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL:**
On **10/1/25**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or
adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class,
postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be
completed no later than 24 hours after the document is filed.

**United States Bankruptcy Court
Attn: Judge Houle
411 West Fourth Street, Suite 6135 / Courtroom 6C
Santa Ana, CA 92701-4593**

☑ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for
each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **10/1/25**, I served the following persons
and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by
facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or
overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**Jennifer C Wong: bknotice@mccarthyholthus.com
Hadi R Seyed-Ali: Hadi.Seyed-Ali@padgettlawgroup.com
Christopher Giacinto: PLG@ecf.courtdrive.com
Jason T Seals: jason.seals@padgettlawgroup.com**

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| October 1, 2025 | Victor Hernandez | /s/ Victor Hernandez |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*                     Page 10                     **F 4001-1.IMPOSE.STAY.MOTION**

America Maria Hernandez
1460 Pamela Lane
La Habra, CA 90631


Onyinye N Anyama
Anyama Law Firm, APC
18000 Studebaker Rd Ste 325,
Cerritos, CA 90703


 LVNV Funding LLC/Resurgent Capital
for Credit One Bank
PO Box 10587
Greenville, SC 29603-0587


Bank of America
PO Box 673033
Dallas, TX 75267-3033


Caliber Home Loans, Inc./
New Residential Investment Corp
Attn: Michael Nierenberg, CEO
1345 Avenue of the Americas, 45th FL.
New York, NY 10105


Capital One
Attn: Bankruptcy
Po Box 30285
Salt Lake City, UT 84130


Cavalry SPV I, LLC
PO Box 4252
Greenwich, CT 06831


Credit Collection Service
725 Canton St
Norwood, MA 02062

Credit One Bank
Attn: Bankruptcy Department
6801 Cimarron Rd
Las Vegas, NV 89113

Credit One Bank
Attn: BK Dept
6801 Cimarron Rd
Las Vegas, NV 89113

Fay Servicing, LLC
PO Box 814609
Dallas, TX 75381-4609

Fay Servicing, LLC
Attn: Rebecca Vang, Serv Agent
2710 Gateway Oaks Drive
Sacramento, CA 95833

Fay Servicing, LLC
Attn: Edward Fay, Founder and CEO
440 S. LaSalle St.
Chicago, IL 60605

Fay Servicing, LLC
Attn: Edward Fay, Founder and CEO
5426 Bay Center Dr
Tampa, FL 33609-3401

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

LVNV Funding, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Mission Lane LLC
Attn: Bankruptcy
PO Box 105286
Atlanta, GA 30348


NPRTO California, LLC
256 West Data Drive
Draper, UT 84020


Padgett Law Group
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312


Progressive Leasing LLC
256 West Data Drive
Draper, UT 84020


Quality Loan Service Corp
2763 Camino Del Rio South
San Diego, CA 92108


Resurgent Capital Services
Placentia Linda Hospital
PO Box 10587
Greenville, SC 29603-0587


Santander USA
PO Box 660633
Dallas, TX 75266-0633


Santander USA
Attn: Alex Jenkins, Serv Agent
2710 Gateways Oaks Drive
Sacramento, CA 95833

Santander USA
Attn: Christiana Riley, CEO
75 State Street
Boston, MA 02109


Santander USA
Attn: Christiana Riley, CEO
1601 Elm Street
Suite 800
Dallas, TX 75201-4701


Southern California Edison Company
Attention: Credit & Payment Service
1551 W. San Bernardino Rd
Covina, CA 91722


Sunrise Hospital And Medical Center
Resurgent Capital Services
PO Box 1927
Greenville, SC 29602


U.S. Bank Trust National Associatio
Fay Servicing, LLC
PO Box 814609
Dallas, TX 75381-4609


U.S. Bank Trust, N.A.
c/o Caliber Home Loans, Inc.
13801 Wireless Way
Oklahoma City, OK 73134


U.S. Bank Trust, N.A.
Attn: Andrew Cecere, CEO
800 Nicollet Mall
Minneapolis, MN 55402