JaVonne M. Phillips, Esq. SBN 187474
Jennifer C. Wong, Esq. SBN 246725
**McCarthy & Holthus, LLP**
2763 Camino Del Rio South, Suite 100
San Diego, CA 92108
Phone (877) 369-6122
Fax (619) 685-4811

Attorneys for
U.S. Bank Trust National Association, not in its individual capacity, but solely as Trustee of LSF8 Master Participation Trust, its assignees and/or successors, by and through its servicing agent Fay Servicing, LLC

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>America Maria Hernandez,<br><br>　　　　Debtor. | Case No.  8:25-bk-12703-MH<br><br>Chapter 13<br><br>**RESPONSE TO MOTION FOR ORDER IMPOSING A STAY OR CONTINUING THE AUTOMATIC STAY**<br><br>Hearing<br>Date: 10/23/2025<br>Time: 1:30PM<br>Ctrm: 6C<br>Place: 411 W. Fourth St.<br>　　　Santa Ana, CA 92701<br><br>Judge: Mark D. Houle |

U.S. Bank Trust National Association, not in its individual capacity, but solely as Trustee of LSF8 Master Participation Trust, its assignees and/or successors, by and through its servicing agent Fay Servicing, LLC ("Secured Creditor") hereby submits the following Response to the Motion to Continue or Impose the Automatic Stay filed by America Maria Hernandez ("Debtor").

Debtor is the former owner of residential real property located at 1460 Pamela Lane, La Habra, CA 90631 ("Property").  On 09/26/2007, Debtor executed a Deed of Trust securing a home loan against the Property in the original principal amount of $680,000.00.  At all times relevant to this action, the beneficiary of that Deed of Trust was Secured Creditor.  Debtor defaulted on loan payments and as a result, the Property was sold at a foreclosure sale on 09/29/2025.

1. <u>Property is no longer property of the estate</u>

Pursuant to 11 U.S.C. §362(c)(4)(A)(i) and (ii), if a single or joint case if filed by or against debtor who is an individual in a case under Chapter 7, 11, or 13 and if two (2) or more single or joint cases of the debtor were pending within the preceding one (1) year but were dismissed, the stay shall not go into effect upon the filing of the later case and on request of a party in interest, the court shall promptly enter an order confirming that no stay is in effect. This is the third bankruptcy case filed in which Debtor had 2 prior dismissals within the last 12 months.

Debtor filed the **first** chapter 13 bankruptcy petition on 07/23/2023 in the United States Bankruptcy Court, Central District of California, Santa Ana Division, Case No. 8:23-bk-11518-TA which was dismissed on 01/15/2025.  Shortly thereafter the case was dismissed, Debtor filed the **second** bankruptcy petition, another chapter 13 proceeding, on 02/19/2025 in the United States Bankruptcy Court, Central District of California, Santa Ana Division Case No. 8:25-bk-10404 MH which was dismissed on 08/22/2025.  The instant case was filed on 09/25/2025.  Because this instant case is Debtor's third bankruptcy case filed and Debtor had

two previous cases that were pending but dismissed within the last 12 months, as a matter of law, there was currently no stay in place upon the filing of this instant case. Due to the lack of stay when the case was filed, Secured Creditor moved forward with its scheduled foreclosure sale on 09/29/2025.

  Debtor's Motion to Impose the Stay ("Debtor's Motion") only cites one prior bankruptcy filing and does not disclose the filing that was dismissed on 01/15/2025. Further, it does not take into account the Property went to sale in the absence of a stay upon the filing of this case. Based upon the foreclosure sale, Debtor no longer owns the Property and can no longer reorganize the prior debt on the Property. If a stay were to be imposed, it should not be imposed upon Secured Creditor because the Property is no longer part of the estate and Secured Creditor is no longer a creditor in this case.

Dated: 10/20/2025

           Respectfully submitted,
           McCarthy & Holthus, LLP

         By: /s/ Jennifer C. Wong
           Jennifer C. Wong, Esq.
           Attorney for U.S. Bank Trust National Association, not in its individual capacity, but solely as Trustee of LSF8 Master Participation Trust, its assignees and/or successors, by and through its servicing agent Fay Servicing, LLC

M&H File No. CA-25-186932

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
2763 Camino Del Rio S., Suite 100
San Diego, CA 92108

A true and correct copy of the foregoing document entitled (*specify*): **RESPONSE TO MOTION FOR ORDER IMPOSING A STAY OR CONTINUING THE AUTOMATIC STAY** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 10/21/2025, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

| **TRUSTEE** | **DEBTOR(S) COUNSEL** | **US TRUSTEE** |
|---|---|---|
| Amrane (SA) Cohen (TR) | Onyinye N Anyama | ustpregion16.sa.ecf@usdoj.gov |
| efile@ch13ac.com | onyi@anyamalaw.com | |

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 10/21/2025, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**DEBTOR(S)**
America Maria Hernandez, 1460 Pamela Lane, La Habra, CA 90631

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 10/21/2025 | Hue Banh | /s/ Hue Banh |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**