Anyama Law Firm, APC
Onyinye N. Anyama (SBN: 262152)
18000 Studebaker Rd., Suite 325
Cerritos, CA 90703
Tel: (562)645-4500
Fax: (562)645-4494
onyi@anyamalaw.com

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>America Maria Hernandez<br><br>               Debtor. | Case No.:  8:25-bk-12703-MH<br><br>Chapter 13<br><br>**SUPPLEMENTAL DECLARATION OF AMERICA MARIA HERNANDEZ IN SUPPORT OF MOTION TO CONTINUE OR IMPOSE THE AUTOMATIC STAY**<br><br>Hearing: 11/6/2025<br>Time: 1:30 PM<br>Location: Crtrm 6C, 411 W Fourth St.<br>          Santa Ana, CA 92701 |

I, America Maria Hernandez, declare as follows:

1.      I am the Debtor in the above-captioned proceeding.  I have personal knowledge of the facts set forth herein and if called upon to testify hereto, I could and would do so competently thereto.

2.      I am filing this declaration to clarify the circumstances in which I filed my prior cases. I filed my first Chapter 13 filed on November 5, 2009, Case no: 2:09-bk-40830-EC, this case was dismissed on: November 16, 2009.  This case was filed because at the time we had a property located at 8449 Everest Street, Downey, California.  However; we were still living in our present property located at: 1460 Pamela Lane, La Habra, California 90631. The payments on our principal

1    residence were current at the time. During this time, I was working at Five Star Fund as an Office

2    Manager for ten (10) years prior to filing my bankruptcy. This job was in the real estate industry. I

3    lost my employment because the market crashed. The owner of the company and his lost his

4    investments and decided to close down his business. I believe that he also lost the building where

5    the business was located. After losing this job, my income was not steady and my jobs thereafter

6    were strictly based on commissions. I was also pregnant and I had my daughter who was born on

7    November 18, 2008. I decided to take jobs based on commission or jobs "per file" to stay home to

8    take care of my daughter because child care is very expensive. Having a job that required me to go

9    into a work site was difficult because child care was very expensive.  Unfortunately, working on

10    commission or jobs "per file" became inconsistent and unpredictable because the work orders were

11    not stable. Moreover, my husband, Steven Hernandez, was working as a Cement Finisher, and we

12    were supporting a family of five, including three children living with us full-time. Our youngest

13    was only four years old at the time. My husband was also paying child support, for his daughter

14    Mackenzie, at the time for his daughter from a prior relationship. He was paying $1,000.00 per

15    month and I received no support for my children. Our household survived primarily on his single

16    paycheck. Unfortunately, we were unable to maintain our plan and mortgage payments. As a result,

17    this case was dismissed and we lost this property. We filed in good faith to save our family home

18    and stabilize our finances.

19        4.      On April 1, 2010, I filed for a home loan modification on my principal residence

20    located at 1460 Pamela Lane, La Habra, California 90631, and my application was granted. After

21    this modification was granted, we fell behind because my continuous work in the real estate

22    industry. The real estate industry is unpredictable. Income is based on commission and when deals

23    do not close, there are no pay check. Unfortunately, this caused me to fall behind again on my

24    mortgage. Moreover, husband continue having legal troubles with Mackenzie's mother for constant

25    issues with child support and legal custody.

26        5.      I filed my second Chapter 13 case on January 11, 2012, Case no: 8:12-bk-10415-ES.

27    This case was dismissed on July 26, 2012, because we were behind on our current residence located

28    at: 1460 Pamela Lane, La Habra, California 90631. During this time, we were no longer the owners

1    of our prior property located at 8449 Everest Street, Downey, California. During this time, I was

2    also struggling because I was also working on commissions as a Loan Officer Assistant also in the

3    real estate industry.  The real estate business was not consistent and my income varied depending

4    on closing escrow for pending real estate transactions. During this time my husband, Steven

5    Hernandez, had is job as a Cement Finisher. His income was steady, but his salary was low.

6    Moreover, he was dealing with child support issues for his daughter, Mackenzie. He was paying

7    was between $900.00 to $1,200.00 per month. His daughter's mother frequently filed orders

8    requesting to modify the child support or custody. We also spending funds on attorney

9    representation. I estimate to have spent an average of $5,000.00 in legal fees for representation in

10   child support and custody. I estimate to have spent between $20,000.00 to $30,000.00 in legal fees

11   until my husband daughter, Mackenzie, became a legal adult.   Moreover, we constantly drove to

12   Santa Maria, California or meet to Ventura, California to pick up my husband's daughter. As a

13   result, we also incurred a lot of expenses for transportation. As a result, my case was dismissed on

14   July 16, 2012, failure to make payments.

15

16       5.      I filed my third Chapter 13 case on August 2, 2012, Case no: 8:12-bk-19328-ES.

17   This case was dismissed on August 30, 2013. During this time, I was still working in the real estate

18   and I my income was still based on commissions. My husband, Steven, continued working as a

19   Cement Finisher for the City of Los Angeles. His income remained steady but the legal problems

20   with custody and child support persisted. Mackenzie's mother's, husband's sons at the time were

21   very abusive and mistreated Mackenzie. We filed paperwork to get custody. Custody was modified,

22   but we had her more during holidays and school breaks. I believe that we spent approximately

23   $10,000.00 in legal fees. Additionally, I was working for GEM Mortgage as a Loan Officer

24   Assistant and I lost my job due to budget cuts. As a result, my unstable income and legal fees,

25   prevented us from successfully finishing my Chapter 13 Bankruptcy which resulted in dismissal of

26   our case on August 30, 2013.

27       6.      I filed my fourth Chapter 13 case on September 6, 2013, Case no: 8:13-bk-17537-

28   ES. This case was dismissed on September 24, 2024. On February 5, 2014, The Trustee issued a

1  Motion to Dismiss my case for delinquent plan payment in the amount of $4,708.00. During this

2  time, I was still in the real estate industry. I was unable to find steady income to fund this

3  bankruptcy. My husband Steven, had steady income and continued working for the City of Los

4  Angeles. As a result, the case was dismissed on November 18, 2014.

5      7.      I filed my fifth, with my husband, Steven Hernandez, Chapter 13 case on September

6  11, 2025, Case no: 8:15-bk-14460-ES. This case was dismissed on December 2, 2015. During this

7  case, my husband was injured. He discovered that he was diabetic. The prescription that the doctor

8  gave my husband resulted in sudden low sugar levels. As he was driving home, he lost conscience

9  and had an accident. He a chain link fence. He was hospitalized for approximately a week and was

10  out of work for about two months. He was not paid because he did not have enough sick pay and

11  was not paid. I don't recall if he applied for worker's compensation, but I do remember that

12  AFLAC was giving 50% of his income. During this time, I applied for a home loan modification

13  and I was looking for work. I remember taking a parttime job in a warehouse. Our income was not

14  enough to fund the bankruptcy and this resulted in dismissal of my case on December 12, 2015.

15      8.      I filed my sixth chapter 13 case with my husband, Steven Hernandez, on January 8,

16  2016, Case no: 8:16-bk-10077-ES. This case was dismissed on November 19, 2016. On or about I

17  was working for RIA International West. I was hired to recruit other bilingual clerical assistants to

18  take undocumented people with no felony record who can prove that their children were born in the

19  United States under the DAPA program. This program was held in the supreme court and did not

20  pass. I was laid off. At the time I was earning approximately $5,000.00 per month and my husband

21  continued working for the City of Los Angeles. At the time I had two foreign students living with

22  us and I was receiving a stipend in the amount of $1,300.00 per month. I decided to stop hosting

23  because these students were very disrespectful. They did not follow our rules. They did do their

24  homework nor clean up after themselves. They had very bad hygiene problems. We decided to stop

25  hosting student. The lack of my employment and student stipend resulted in the dismissal of my

26  case.

27      9.      Seven years later I filed my seventh chapter 13 case on July 26, 2023, Case no: 8:23-

28  bk-11518-TA. This case was dismissed on January 15, 2025. This case was dismissed for failure to

1  make plan payments. During this case, the Chapter 13 Trustee filed a Motion to dismiss for failure

2  to make plan payments. My husband, Steven Hernandez, works for the City of Los Angeles as a

3  Street Service Supervisor. On or about January 6, 2022 my husband had an accident at work he tore

4  his muscle, ligament and tendon on his right arm.  There were on-going delays for compensation for

5  my husband's injuries.  During his time off, Steven was not receiving Worker's Compensation. He

6  only received benefits for one month from September 25, 2024, to October 5, 2024. Attached hereto

7  is a true and correct letter from the City of Los Angeles Re: Worker's Compensation benefits

8  marked **Exhibit "1."**  Prior to receiving worker's compensation benefits my husband was not

9  allowed to collect his unused vacation or sick pay. He was not generating any income and this had

10  an effect on our ability to fund this bankruptcy.

11      11. Several months later he returned to work. Later during his orthopedic doctor, and

12  physical therapy, his doctor told him that he needed surgery for recovery. He was scheduled to have

13  surgery but his doctor ordered him to have physical therapy to control his sugar levels prior to the

14  surgery. His surgery was performed on September 25, 2024, however; the procedure did not go as

15  planned. My husband's tendons and ligaments were cut too deep, resulting in nerve pain and loss of

16  feeling on his arm. As a result, this further delayed his return to work. This made it difficult for us

17  to continue making our plan payment as he did not have any income between September to

18  December 2024. The Court, therefore, dismissed my case for failure to make the required plan

19  payment.

20      12.   My husband was allowed to return to full duty work on March 10, 2025. Attached

21  hereto is a true and correct copy of Healthpointe Med Group Ontario indicating that he may return

22  to full duty on March 10, 2025, marked **Exhibit "2."**

23      13.   To this day my husband continues to deal with his injuries and Worker

24  Compensation issues. He continues to with his physical therapy and pain management. On April 9,

25  2025, he received a letter from Worker's Compensation Division explaining that doctor will check

26  on his condition to determine whether he has permanent disability and if he will need future

27  medical care. Attached hereto is a true and correct copy of a letter from Worker's Compensation

28  Division marked **Exhibit "3"** explaining his current medical status. On October 20, 2025, my

1  husband received another letter from the Worker's Compensation Division to inform him that there

2  was an incomplete diagnosis /missing codes which prevented him from receiving his medication for

3  his pain. Attached hereto is a true and correct copy Worker's Compensation Division letter dated

4  October 20, 2025, informing Mr. Hernandez that his employer is disputing liability for injury or

5  treatment marked **Exhibit "4."** However; on October 20, 2025, my husband received a letter from

6  California Claims informing him to select a doctor for treatment. Attached hereto is a true and

7  correct copy of California Claims marked **Exhibit "5."**

8       14.    I filed my eight-chapter 13 case on February 19, 2025, case number: 8:25-bk-10404-

9  MH. This case was dismissed on August 22, 2025. This case was dismissed for failure to make plan

10  payments.  During this case, my husband and I went through a brief separation and he moved out.

11  He moved out for three months (June to July 2025). Attached hereto are true and correct copies of

12  rental receipts totaling $5,000.00 marked **Exhibit "6."** My husband, Steven Hermandez, is a

13  Marine veteran. He suffers from PTSD as a result of the war in Somalia in 1993. He also had a

14  work injury in January 2022. He tore his right bicep and was out of work unable to receive his

15  worker's compensation benefits were delays.  He was in a lot of pain on his arm, shoulder and neck.

16  He was frequently in therapy and taking cortisone shots for the pain. He was unable to work and

17  had no financial means. I was also out of work prior to my last prior case. Our financial struggles

18  and his mental health affected our marriage.  This has made him feel as he is unable to provide for

19  our family. My husband is now receiving therapeutic services to address his PTSD. Attached hereto

20  as **Exhibit "7"** is a true and correct letter from The Headstrong Project to verify that he is currently

21  receiving assistance to address his PTSD. As a result of our separation in late May of this year, I

22  was unable to make the required plan and mortgage payments on my own and my case was

23  dismissed.

24       15.    I believe that we can still save our home.  I still work for La Habra Fence Company

25  LLC., as an Office Manager and my husband still works for the City of Los Angeles as a Street

26  Service Supervisor. My estimated monthly income is $4,427.00 after taxes and my husband's

27  monthly take home is approximately $8,532.00 per month. He also receives $175.51 from the VA

28  and is being current evaluated for a higher percentage of service-related medical disability. My son

1  has agreed to help us with monthly contributions. I have filed my son's, Michael Hernandez,

2  contribution declaration in the amount of $1,500.00 and proof of income on October 18, 2025.

3  Docket: 15.  On the same day, I also filed and amended Schedule B to show that I am receiving an

4  average of $250.00 in back owed child support. Docket no: 16.  I currently have one foreign student

5  at the moment. I get paid $1,000.00 per month. Attached hereto is a true and correct copy of my

6  bank statements showing Zelle payments from Tiancheng International Gropu Inc., marked **Exhibit**

7  **"8."** I am waiting on a second student, who is currently working on his visa. I have a tenant, Maria

8  Villegas, who pays $1,500.00 per month. I will file rental agreement with the court prior to the

9  above-mentioned court date. Our monthly combined income is an estimated $17,380.83 per month

10  after taxes.

11        16.      We have the ability to fund this bankruptcy. The root of our problems during our

12  prior cases arose from my unstable employment in the real estate industry and my husband's legal

13  battles with his daughter's mother. He has also had his child support modified numerous times and

14  his work injury January 6, 2022, have caused stress in our financial circumstances which have

15  hindered our ability to make payments. Fortunately, Steven no longer pays child support since

16  2019.  My son, Michael A. Hernandez, is also grown and is willing to help fund this bankruptcy

17  through his earnings from his work and VA benefits. My husband's daughter, Mackenzie is

18  studying to become a child phycologist. She is currently finishing her thesis and will eventually also

19  help fund this bankruptcy.  I believe that we can move forward and make the required payments.

20  My family is ready to move forward. Our incomes combined are enough to fund this bankruptcy

21  and we will work together to make sure that the plan and mortgage payments are made during the

22  pendency of this case.

23

24        17.      Therefore, I respectfully request that the court grants this motion so that I can avoid

25  the foreclosure sale of my home and save my family's home.

26

27        I declare under penalty of perjury under the laws of the United States of America and the

28  State of California that the foregoing facts are known by me to be true and correct.

1

2      Executed on October 29, 2025 in La Habra, California.

3

4      _____

5      America Maria Hernandez, Debtor

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT "1"

## City of Los Angeles
California

**PERSONNEL DEPARTMENT**
WORKERS' COMPENSATION
DIVISION
700 E. TEMPLE ST., ROOM 210
LOS ANGELES, CA 90012

(213) 473-3400



**KAREN R. BASS**
MAYOR

AN EQUAL EMPLOYMENT
OPPORTUNITY EMPLOYER

WWW.LACITY.ORG/PER

September 26, 2024

Steven Hernandez
1460 Pamela Lane
La Habra, CA  90631

Employee:    Steven Hernandez
Claim No.:    4057678
Date of Injury:  01/06/2022

### NOTICE REGARDING START OF SALARY CONTINUATION/IOD BENEFITS (ADR)

Dear Steven Hernandez,

I apologize for the amount of information contained in this letter; unfortunately, most of the language within this letter is mandatory by the State of California.  This notice is to advise you of the status of disability benefits for your workers' compensation injury on the date shown above.  My name is Tammy Wilhite and I will be the assigned claims analyst handling your claim.

As the result of your work-related injury to your right arm/right shoulder, Salary Continuation (IOD) benefits are being included in your regular paycheck. This benefit is not taxable and is paid to you for every day of a seven-day week while you are unable to work because of your injury.

Payments are beginning for salary continuation (IOD) as of 9/25/24. These payments will be included in your regular paycheck for the period starting 9/25/24 through 10/5/24 and will continue until your doctor approves your return to work, or your medical condition becomes permanent and stationary, or your eligibility to receive your regular paycheck ends.  Your weekly compensation rate is your full salary based on your earnings of $1,856.40 per week.

Per your MOU with the City of Los Angeles it has been agreed to continue providing workers' compensation benefits in accordance with Section 4.104 of the Los Angeles Administrative Code, except that salary continuation payments during absences for temporary disability conditions shall be an amount equal to the employee's regular biweekly, take-home pay at the time of incurring the disability condition. For purposes of this Article, take-home pay shall be defined as an employee's biweekly gross salary rate less the mandatory deductions for Federal and State income tax withholding, and employee retirement contribution. The employee will be able to make adjustments in his/her voluntary deductions while on temporary disability leave but will not be able to change the amount normally deducted for State and Federal income taxes.  IOD is paid for 261 days.

If you are disabled beyond your eligibility for IOD payments, you will be paid the State Rate temporary disability (TD) every two (2) weeks.   I will be calling you periodically to see how you are doing.  If you receive any billings, please forward directly to this office at the address listed below to my attention:

City of Los Angeles Personnel Dept
700 E. Temple St., Room 210

Steven Hernandez | September 26, 2024 | Page 2 of 2

Los Angeles, CA 90012-4043

Pursuant to Labor Code §4656 (c)(1) IOD/TD benefits can only be authorized up to a maximum of 104 aggregate weeks within a two-year period beginning on the date of initial payment. For dates of injury on or after 01/01/2008, IOD/TD benefits are limited to 104 weeks within five (5) years from the date of injury. These benefits are compensating you for your temporary inability to work.

You are required to report to your employer or the insurance company any money that you earned for work during the time covered by workers' compensation payments. If you do not follow these rules, you may be in violation of the law and the penalty may be jail or prison, a fine, and loss of benefits.

We will continue to pay all medical bills for appropriate medical treatment necessary because of your injury and will reimburse you for necessary transportation expenses. A mileage form is enclosed for your use. If you receive any medical bills, please send them to me.

Additional information may be found in the publication *Workers' Compensation in California: A Guidebook for Injured Workers*. A complete copy of the Guidebook may be obtained on the Division of Workers' Compensation website (see *URL* below) or by contacting an Information and Assistance (I&A) Officer of the Division of Workers' Compensation. Temporary Disability is discussed in chapter 5 of the Guidebook.

**Guidebook for Injured Workers:**
http://www.dir.ca.gov/InjuredWorkerGuidebook/InjuredWorkerGuidebook.html

Chapter 5: Temporary Disability
http://www.dir.ca.gov/InjuredWorkerGuidebook/Chapter5.pdf

**The State of California requires that you be given the following information:**
Please review the enclosed information sheet, "Alternative Dispute Resolution (ADR) Program for Worker's Compensation Claims," for a full explanation of your workers' compensation benefits.

You have a right to disagree with decisions affecting your claim. If you have any questions regarding the information provided to you in this notice, please contact your Tammy Wilhite at (213)473-3345 or your ombudsperson at California Claims Management Services, Inc. at (833) 505-2267 or contact@adrlacity.org. However, if you are represented by an attorney, you should call your attorney, not the claims analyst, ombudsperson, or mediator. If you want further information on your rights to benefits or disagree with our decisions, you may also contact your local state Information & Assistance Office of the Division of Workers' Compensation by calling (800) 736-7401. Please be sure to inform the Information & Assistance Officer that you are subject to an alternative dispute resolution program.

For recorded information and a list of offices, call (800) 736-7401. You may also visit the DWC website at: http://www.dir.ca.gov/DWC/dwc_home_page.htm.

You also have a right to consult with an attorney of your choice. Should you decide to be represented by an attorney, you may or may not receive a larger award, but, unless you are determined to be ineligible for an award, the attorney's fee will be deducted from any award you might receive for disability benefits. The decision to be represented by an attorney is yours to make, but it is voluntary and may not be necessary for you to receive your benefits. If you are represented, your Attorney should contact City Attorney's office for the purpose of selecting an AME.

Steven Hernandez | September 26, 2024 | Page 3 of 2

If you have any questions or concerns, please feel free to call me at (213)473-3345.

**Keep this notice.  It contains important information about your workers' compensation benefits.**

Sincerely,

Tammy Wilhite
Workers' Compensation Analyst
(213)473-3345

Enclosures:      Description of City of Los Angeles Salary Continuation Plan
                 Mileage/Parking Reimbursement Form
                 Alternative Dispute Resolution Workers' Compensation Program Information Sheet
                 Prior Authorization and Utilization Review Information
                 Guide Through Your Workers' Compensation Injury
                 Injury Status Report

cc:              File

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

# EXHIBIT "2"

27
28



**Healthpointe Med Group Ontario**
754 N. Mountain Avenue
Ontario  CA 91762-2544



2 05 003ED27A

PHONE: (909) 460-4155      FAX:  (909) 988-4414

# PROGRESS NOTES / WORK STATUS

| | | | |
|---|---|---|---|
| INJURY DATE/TIME: | 1/6/2022  12:00 AM | TICKET #: | 461995-332756-4112069 |
| PATIENT: | Hernandez, Steven | DATE / TIME: | 3/5/2025   IN:  5:22 PM |
| EMPLOYER: | Unspecified | | OUT: 5:51 PM |
| INSURER: | CITY OF LOS ANGELES 700 | CLAIM NUM: | 4057678 |

**SERVICES PERFORMED**
- [ ] Initial treatment of injury or illness.
- [ ] Follow up visit
- [ ] Condition is not related to an industrial injury or illness.

**PATIENT'S CONDITION**
- [ ] Improved
- [ ] Unchanged
- [ ] Retrogressed
- [ ] Discharged from care.
  No further visits are necessary.

**DIAGNOSIS:**

1 Lesion of radial nerve, unspecifie  ICD-10 Code  G56.30      2 Strain of muscle, fascia and tend  ICD-10 Code  S46.211A

**PLAN:**
(See additional page.)

- [ ] Medication Dispensed _____     - [ ] Physical Therapy _____

**Work Status:**
- [ ] **Remain off-work until** _____
- [ ] **Return to modified work on** _____ **with the following limitations or restrictions**\*\*
  - -  Use of _____  - [ ] No lifting _____ over _____ lbs
  - -  Forceful pulling or squeezing  - [ ] No sitting over _____
  - -  Overhead work  - [ ] No driving  - [ ] Sedentary work only
  - -  Standing / walking over ___ hrs  - [ ] No climbing
  - -  Stooping and bending  - [ ] Keep wound / bandage clean and dry
- [x] **Other**    Trial of regular duty 3/10/25.
  **Restrictions:**

- [ ] Above limited activities can be performed _____ hrs / day  Discussed with: _____
- [x] **Return to full duty on**  3/10/2025   **with no limitations, or restrictions.**

**RETURN VISIT**
DATE  Tue, Apr 8, 2025
TIME  5:15 PM

Sean L. Gao, D.O.
EXAMINING PHYSICIAN / ASSISTANT

**COMPANY**

** If the work restrictions are not available, then consider patient temporarily totally disabled.



**Healthpointe Med Group Ontario**
754 N. Mountain Avenue
Ontario  CA 91762-2544



2 05 003ED27A

PHONE: (909) 460-4155      FAX:  (909) 988-4414

## PROGRESS NOTES / WORK STATUS

| | | | | |
|---|---|---|---|---|
| INJURY DATE/TIME: | 1/6/2022  12:00 AM | TICKET #: | 461995-332756-4112069 | |
| PATIENT: | Hernandez, Steven | DATE / TIME: | 3/5/2025 | IN:  5:22 PM |
| EMPLOYER: | Unspecified | | | OUT: 5:51 PM |
| INSURER: | CITY OF LOS ANGELES 700 | CLAIM NUM: | 4057678 | |

**PLAN(Continued...)**

Authorized body parts: Neck, back, shoulders, and arms

Order for MRI Cervical spine to evaluate for herniated disc
- EMG shows mild carpal tunnel and C6-C7 radiculopathy

Completed- Order EMG of bilatearl upper extremity

Request for additional occupational vs hand therapy 2x week for 4 weeks for
 8 weeks.
- completed 7/8 sessions of first session of OT

Completed 14/14 PT sessions

Approved- referral to pain management
- scheduled with Dr. Li 4/17/2025

Trial of return to work without restrictions starting 3/10/25

Continue ibuprofen 600 mg PO Q8hr
Continue hydrocodone as needed
Continue ambien as needed for sleep

Discontinue gabapentin 300 mg- patient went to ER for whole body swelling

FU in 4 weeks

MDM:
Mr. Hernandez is a pleasant 52 yoM who present for post op visit after right
 elbow open distal biceps repair 6 months ago on 9/25/24. Overall incision is
 intact. Overall incision is healed. Patient strength is improving. He has moderate
 swelling of the right elbow. He has been in 8 sessions of OT with significant
 benefit. Will request for additional OT for the elbow.



**Healthpointe Med Group Ontario**
754 N. Mountain Avenue
Ontario  CA 91762-2544



2 05 003ED27A

PHONE: (909) 460-4155      FAX:  (909) 988-4414

# PROGRESS NOTES / WORK STATUS

| | | | | |
|---|---|---|---|---|
| INJURY DATE/TIME: | 1/6/2022  12:00 AM | TICKET #: | 461995-332756-4112069 | |
| PATIENT: | Hernandez, Steven | DATE / TIME: | 3/5/2025 | IN:  5:22 PM |
| EMPLOYER: | Unspecified | | | OUT: 5:51 PM |
| INSURER: | CITY OF LOS ANGELES 700 | CLAIM NUM: | 4057678 | |

**PLAN(Continued...)**

Patient also complaining of numbness in the dorsal radial wrist consistent with
 superficial radial nerve irritation. Sensation intact over the dorsal forearm
 in the lateral antebrachial nerve distribution and motor intact 5/5 to PIN
 with thumb. Patient had gabapentin but this caused swelling as an adverse affect
 so he discontinued it. EMG RUE showed mild carpal tunnel and cervical radiculopathy
 but no obvious radial nerve injury.

Given persistent numbness, at this point recommend MRI cervical spine to evaluate
for herniated disc and cervical radiculoapthy.

# HEALTHPOINTE ℠

## Chart Checklist

Patient Name: **HERNANDEZ, STEVEN**     Account #: **461995**     M.D.: **GAO**

Appointment Time: **5:00PM**   ☐ Initial   ☐ Follow-Up   Last Seen: **2/10/25**   ☐ TOC from Dr. _____

PTP: ☐ Yes ☐ No ☐ Co-TX Provider _____

**Type of Case** ( √ one)

| | |
|---|---|
| **PI:** | ☐ Eval & Treat ☐ Consult Only w/ Report ☐ Surgical Consult w/ Procedures Performed |
| | ☐ Eval & Co-Treat ☐ Consult w/ MRI & Report ☐ Surgical Consultation w/ Report Only |
| **WC:** | ☑ Eval Only ☐ Eval & Treat ☐ Transfer of Care ☐ AOE/COE ☐ QME ☐ AME ☐ IME |
| **PVT:** | ☐ PPO ☐ HMO ☐ Cash ☐ Other: _____ |

**Body Part(s):** RT ARM

_____

_____

(For WC authorized body parts)

| Date Submitted for Authorization: | Post-Op Appointment Date: | | |
|---|---|---|---|
| **Surgery:** | Rx Date: ☐ Pending ☐ Authorized ☐ Denied | Date of Sx: | Days P-OP: |

**Body Part(s)/Notes:** _____

| Date Submitted for Authorization: | # Requested _____ # Approved _____ # Modified _____ | | |
|---|---|---|---|
| **Physical Therapy:** | Rx Date: | ☐ Pending ☐ Authorized ☐ Denied | # of Visits Comp. |
| **Chiro:** | Rx Date: | ☐ Pending ☐ Authorized ☐ Denied | # of Visits Comp. |
| **Acupuncture:** | Rx Date: | ☐ Pending ☐ Authorized ☐ Denied | # of Visits Comp. |

**Notes:** _____

| Date Submitted for Authorization: | Body Part(s): _____ | | |
|---|---|---|---|
| **MRI:** | Rx Date: | ☐ Pending ☐ Authorized ☐ Denied | Report in CB? ☐ Yes ☐ Pending |
| **CT:** | Rx Date: | ☐ Pending ☐ Authorized ☐ Denied | Report in CB? ☐ Yes ☐ Pending |
| **EMG:** | Rx Date: | ☐ Pending ☐ Authorized ☐ Denied | Report in CB? ☐ Yes ☐ Pending |

| Date Submitted for Authorization: | Body Part(s): _____ | | |
|---|---|---|---|
| **FCE:** | Rx Date: | ☐ Pending ☐ Authorized ☐ Denied | Report in CB? ☐ Yes ☐ Pending |
| **DME:** | Rx Date: | ☐ Pending ☐ Authorized ☐ Denied | Report in CB? ☐ Yes ☐ Pending |
| **Other:** | Rx Date: | ☐ Pending ☐ Authorized ☐ Denied | Report in CB? ☐ Yes ☐ Pending |

**Initial Dictation Complete?** ☐ Yes ☐ No    **Report in File?** ☐ Yes ☐ No

**Med Recs in File?** ☐ N/A ☐ Yes ☐ Pending ☐ Date Requested: _____

**Meds:** ☐ Dispensed ☐ Rx    **Other:** _____

**Current Meds:** HYDROCODONE   ☐ Need Refill   **Notes:** PM AUTH SCHEDULED

IBUPROFEN 600MG   ☐ Need Refill   04/17/25

ZOLPIDEM 5MG   ☐ Need Refill   _____

_____ ☐ Need Refill   _____

**Grips?** ☐ Yes ☐ No    **Girths?** ☐ Yes ☐ No

**Today's Date:** _____   **Form Completed by:** CC

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT "3"

# City of Los Angeles
### California

**PERSONNEL DEPARTMENT**
WORKERS' COMPENSATION
DIVISION
700 E. TEMPLE ST., ROOM 210
LOS ANGELES, CA 90012

(213) 473-3400



**KAREN R. BASS**
MAYOR

AN EQUAL EMPLOYMENT
OPPORTUNITY EMPLOYER

WWW.LACITY.ORG/PER

April 09, 2025

Steven Hernandez
1460 Pamela Lane
La Habra, CA 90631

Employee:     Steven Hernandez
Claim No.:     4057678
Date of Injury:  01/06/2022

### NOTICE REGARDING PERMANENT DISABILITY BENEFITS
### MONITOR/DELAY FOR DISABILITY STATUS (ADR)

Dear Steven Hernandez,

City of Los Angeles Workers' Compensation Division is handling your workers' compensation claim. This notice is to advise you of the status of disability benefits for your workers' compensation injury on the date shown above.

I apologize for the amount of information contained in this letter; unfortunately, most of the language within this letter is mandatory by the State of California.

On 4/6/25, a notice was issued advising that we would continue to check with your doctor to determine when your condition reaches maximum medical improvement/permanent and stationary. It is too soon to tell if you will have any permanent disability from your injury. I will be checking with your doctor until your condition reaches maximum medical improvement/permanent and stationary. At that time your doctor will determine whether or not you have any permanent disability and if there will be a need for future medical care. I expect to have this information by 6/9/25 and I will notify you of the status of permanent disability at that time.

Additional information may be found in the publication *Workers' Compensation in California: A Guidebook for Injured Workers*. A complete copy of the Guidebook may be obtained on the Division of Workers' Compensation website (see *URL* below) or by contacting an Information and Assistance (I&A) Officer of the Division of Workers' Compensation. Permanent Disability is discussed in chapter 7 of the Guidebook.

**Guidebook for Injured Workers:**
http://www.dir.ca.gov/InjuredWorkerGuidebook/InjuredWorkerGuidebook.html

Chapter7: Permanent Disability:
http://www.dir.ca.gov/InjuredWorkerGuidebook/Chapter7.pdf

**The State of California requires this Notice to include the following information:**
Please review the enclosed pamphlet, "Alternative Dispute Resolution (ADR) Program for Worker's Compensation Claims," for a full explanation of your workers' compensation benefits.

Steven Hernandez | April 09, 2025 | Page 2 of 2

You have a right to disagree with decisions affecting your claim. If you have any questions regarding the information provided to you in this notice, please contact your Analyst or, your ombudsperson at California Claims Management Services (CCMS) at 833-505-CCMS / 833-505-2267 or contact@adrlacity.org. However, if you are represented by an attorney, you should call your attorney, not the claims analyst, ombudsperson, or mediator. If you want further information on your rights to benefits or disagree with our decisions, you may also contact your local state Information & Assistance Office of the Division of Workers' Compensation by calling **(562) 590-5001**. Please be sure to inform the Information & Assistance Officer that you are subject to an alternative dispute resolution program.

For recorded information and a list of offices, call (800) 736-7401. You may also visit the DWC website at: http://www.dir.ca.gov/DWC/dwc_home_page.htm.

You also have a right to consult with an attorney of your choice. Should you decide to be represented by an attorney, you may or may not receive a larger award, but, unless you are determined to be ineligible for an award, the attorney's fee will be deducted from any award you might receive for disability benefits. The decision to be represented by an attorney is yours to make, but it is voluntary and may not be necessary for you to receive your benefits.

If you have any questions or concerns, please feel free to call me at (213)473-3345.

**Keep this notice. It contains important information about your workers' compensation benefits.**

Sincerely,

Tammy Wilhite
Workers' Compensation Analyst


Enclosures:      Alternative Dispute Resolution Workers' Compensation Program Pamphlet

cc:                  File

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT "4"



# City of Los Angeles
## California

**PERSONNEL
DEPARTMENT
WORKERS'
COMPENSATION
DIVISION
700 E. TEMPLE ST.,
ROOM 210
LOS ANGELES, CA
90012**

**(213) 473-3400**

**KAREN R. BASS**
MAYOR

AN EQUAL EMPLOYMENT
OPPORTUNITY EMPLOYER

WWW.LACITY.ORG/PER

October 20, 2025

SEAN L. GAO DO
16702 VALLEY VIEW AVE
LA MIRADA CA 90638

Employee:     Steven Hernandez
Claim No.:     4057678
Date of Injury:  01/06/2022

## Objection – Deferral of Treatment

Dear Provider,

We are in receipt of a request for the following procedure/service(s):

Requested treatment: Nortriptyline 10mg #90 and Toradol 10mg #90

Date of Report(s): 10/14/2025

Request received: 10/14/2025

Please be advised that the Defendant/City of Los Angeles is deferring utilization review in this matter pursuant to Labor Code 4610(g)(7): Utilization review of a treatment recommendation shall not be required while the employer is disputing liability for injury or treatment of the condition for which treatment is recommended pursuant to Section 4062.

In accordance with California Code of Regulations 9792.9, we are objecting to liability for this service for the following reason(s):

☒ The Request for Authorization (RFA) Form is incomplete and will not be processed. Please resubmit the above referenced services on a <u>new</u> RFA Form and provide all the necessary information as outlined by the State.

☒ Other: <u>**RFA incomplete diagnosis/icd codes missing, information is required**</u>

Any dispute under this subdivision shall be resolved either by agreement of the parties or through the dispute resolution process of the Workers' Compensation Appeals Board.

You have the right to disagree with decisions affecting your claim. If you have questions about the information in this notice, please call me at (213)473-3345. However, if you are represented by an attorney, please contact your attorney instead of me.

For information about the workers' compensation claims process and your rights and obligations, go to www.dwc.ca.gov or contact an Information and Assistance (I&A) Officer of the State Division of Workers' Compensation. For recorded information and a list of offices, call toll-free 1-800-736-7401.

Sincerely,

Tammy Wilhite
Workers' Compensation Analyst
(213)473-3345

Enclosures:    Proof of Service

cc:            Steven Hernandez

# PROOF OF SERVICE BY MAIL

I am employed in the County of Los Angeles, State of California.  I am over 18 years of age.  My business address is:
City of Los Angeles Personnel Dept
700 E. Temple St., Room 210
Los Angeles, CA  90012-4043


On October 20, 2025, I served the following checked foregoing document(s) as:

**Objection - Deferral of Treatment**

On the person(s) indicated below, by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid in the United States mail at Los Angeles, California, addressed as followed:

SEAN L. GAO DO
16702 VALLEY VIEW AVE
LA MIRADA, CA 90638

Steven Hernandez
1460 Pamela Lane
La Habra, CA  90631


__X__   **BY MAIL**
I deposited such envelope in the mail at Los Angeles, California.
The envelope was mailed with postage thereon fully prepaid.

__X__   **(STATE)**
I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.


| Signature | *Nicole Beard* (signature) |
|-----------|----------------------------|
| Name      | NICOLE BEARD               |

State of California, Division of Workers' Compensation
**REQUEST FOR AUTHORIZATION**
DWC Form RFA

Attach the Doctor's First Report of Occupational Injury or Illness, Form DLSR 5021, a Treating Physician's Progress Report, DWC Form PR-2, or equivalent narrative report substantiating the requested treatment.

☑ New Request ☐ Resubmission – Change in Material Facts
☐ Expedited Review. Check box if employee faces an imminent and serious threat to his or her health
☐ Check box if request is a written confirmation of a prior oral request.

**Employee Information**

| Name (Last, First, Middle): Hernandez, Steven | |
|---|---|
| Date of Injury (MM/DD/YYYY): 01/06/2022 | Date of Birth (MM/DD/YYYY): 12/18/1972 |
| Claim Number: 4057678 | Employer: City of Los Angeles- LAPD |

**Requesting Physician Information**

| Name: Gao, Sean L. | | |
|---|---|---|
| Practice Name: Healthpointe Medical Group, Inc. | Contact Name: Barrientos, Mary | |
| Address: 16702 Valley View Ave | City: La Mirada | State: CA |
| Zip Code: 90638-5824 Phone: (562) 921-0341 | Fax Number: (562) 404-0266 | |
| Specialty: Orthopedic Surgery | NPI Number: 1063944270 | |
| E-mail Address: RFA@healthpointe.net | | |

**Claims Administrator Information**

| Company Name: CITY OF LOS ANGELES 700 | Contact Name: TAMMY | |
|---|---|---|
| Address: 700 E TEMPLE STREET # 210 | City: Los Angeles | State: CA |
| Zip Code: 90012-4043 Phone: | Fax Number: (213) 473-3334 | |
| E-mail Address: | | |

**Requested Treatment (see instructions for guidance; attached additional pages if necessary)**

List each specific requested medical services, goods, or items in the below space or indicate the specific page number(s) of the attached medical report on which the requested treatment can be found. Up to five (5) procedures may be entered; list additional requests on a separate sheet if the space below is insufficient.

| Diagnosis (Required) | ICD-Code (Required) | Service/Good Requested (Required) | CPT/HCPCS Code (If known) | Other Information: (Frequency, Duration Quantity, etc.) |
|---|---|---|---|---|
| See attached | See attached | noirpyililine 10 mg | | PO QD x 30 days # 90 |
| | | toradol 10 mg | | PO q8hr PRN # 90 |
| | | | | |
| | | | | |
| | | | | |

Requesting Physician Signature: _Sean Gao_     Date: 10/14/2025

**Claims Administrator/Utilization Review Organization (URO) Response**

☐ Approved ☐ Denied or Modified (See separate decision letter) ☐ Delay (See separate notification of delay)
☐ Requested treatment has been previously denied ☐ Liability for treatment is disputed (See separate letter)

| Authorization Number (if assigned): | Date: |
|---|---|
| Authorized Agent Name: | Signature: |
| Phone: Fax Number: | E-mail Address: |
| Submit Bills to Payer: | |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

# EXHIBIT "5"

27
28



**CCMS**

**CALIFORNIA CLAIMS**

MANAGEMENT SERVICES

October 20, 2025

Steven Hernandez
1460 Pamela Lane
La Habra, CA 90631

Re:     Employer:  City of Los Angeles
        D/Injury:   01/06/2022
        Claim No:   4057678

Dear Steven Hernandez:

Please be advised CCMS, Inc. is the administrator for the City of Los Angeles Alternative Dispute Resolution
Program.

In accordance with Labor Code Section 3201.7 there is a mutual agreement between the City and the Union
that injured workers under the ADR Program are to be provided with a list of Agreed Medical Evaluator's
(AME's) that have been carefully selected to conduct a thorough medical examination to determine the extent
and cause of your injury.

This letter seeks your agreement to an ADR Agreed Medical Examiner. Enclosed please find a list of ADR
Agreed Medical Examiners for your review. Please select a physician from the list and notify the
Ombudsperson of your selection within 10 days, thereafter, upon agreement of an AME between you and
your adjuster, an appointment will be scheduled for you and you will be notified of the date and time of your
appointment. The results of the examination along with the physician's opinion are very important to the
outcome of your case.

Please contact CCMS' Ombudsperson if you have any questions regarding the City's Workers' Compensation
ADR Program or AME process.

Ombudsperson Name: Larry Goodman
Phone number: (833) 505-2267
Fax number: (310) 214-3095
Email address: lgoodman@adrlacity.org

Sincerely,

*Sandy Gutierrez*

Sandy Gutierrez
ADR Program Manager
California Claims Management Services
Enc: ORTHOPEDIC ADR AME UPDATED LISTING AS OF 6-16-2025

21213-B Hawthorne Blvd., #5436 Torrance CA 90503




**CCMS**

**CALIFORNIA CLAIMS**
MANAGEMENT SERVICES

**COALITION OF
LA CITY UNIONS**

### List of Agreed Medical Examiners for City of Los Angeles'
### Alternative Dispute Resolution Program Updated June 16, 2025
### Orthopedic

| Name | Address | Phone Number | Address of Patients Meeting Place |
|------|---------|--------------|-----------------------------------|
| **David Heskiaoff** Ortho Surgeon Hips and Knees | 5170 Sepulveda Blvd., Suite #100 Sherman Oaks, CA 91403 Send all correspondence to this office. CD accepted. | (818) 784-3878 | 5170 Sepulveda Blvd, Suite #100 Sherman Oaks, CA 91403 **In-Person** |
| **Kenneth Sabbag** Ortho Hand Surgeon Hand & Upper Extremities only | P.O. Box 50490 Pasadena, CA 91105 Scheduling appointments: email Erlinda at erlinda@drsabbag.com In the "Subject" reference: "ADR AME APPOINTMENT" Send all correspondence to this address. CD accepted. | (626) 840-4754 | 800 South Raymond Avenue 3rd Floor Pasadena, CA 91105 **In-Person** |
| **Osep E. Armagan** Ortho Surgeon | 50 N. La Cienega Blvd., Suite #215 Beverly Hills, CA 90211 Send all correspondence to this address. CD accepted. Appointments Email: elaine@armaganmd.com | (310) 246-1011 F: (310) 360-0919 | 50 N. La Cienega Blvd., Suite 215 Beverly Hills, CA 90211 **Parking fee: $20.00** **In-Person** |
| **Gary Brazina** Ortho Surgeon, Knee & Shoulder | 11693 San Vicente Blvd, Mail Box 208 Los Angeles, CA 90049 Send all correspondence to this address. Email, CD or USB accepted. Scheduling appointments: brazinaevals@gmail.com or Laura Barajas (310) 821-2222 | (310) 821-2222 F: (310) 823-5871 | 11710 Wilshire Blvd. Los Angeles, CA 90025 **Parking fee: $24.00** **In-Person** |
| **Gary Brazina** Ortho Surgeon, Knee & Shoulder | Send all correspondence to Los Angeles address. Email, CD or USB accepted. | (310) 821-2222 F: (310) 823-5871 | 16311 Ventura Blvd., Suite #1280 Encino, CA 91436 **Parking fee: $26.00** **In-Person** |
| **Gary Brazina** Ortho Surgeon, Knee & Shoulder | Send all correspondence to Los Angeles address. Email, CD or USB accepted. | (310) 821-2222 F: (310) 823-5871 | 401 E, Carrillo St., Santa Barbara, CA 93101 **In-Person** |
| **Lawrence Feiwell** Ortho Surgeon | 3742 Katella Ave, Suite #401 Los Alamitos, CA 90720 Send all correspondence to this address. CD accepted | (562) 431-4800 | 3742 Katella Ave, Suite #401 Los Alamitos, CA 90720 **In-Person** |


CCMS
CALIFORNIA CLAIMS
MANAGEMENT SERVICES


COALITION OF
LA CITY UNIONS

### List of Agreed Medical Examiners for City of Los Angeles'
### Alternative Dispute Resolution Program Updated June 16, 2025
### Orthopedic

| Name | Address | Phone Number | Address of Patients Meeting Place |
|---|---|---|---|
| **Lawrence Feiwell** Ortho Surgeon | Send all correspondence to Los Alamitos. CD accepted | (562) 431-4800 | 6700 Indiana Ave., #145 Riverside, CA 92506 2 Times a Month **In-Person** |
| **Vlad Gendelman** General Orthopedic Surgeon | 1711 W. Temple St #4607 Los Angeles, CA 90026 Send all correspondence to this office. CD accepted. | (323) 933-3434 | 1711 W. Temple St #4607 Los Angeles, CA 90026 **In-Person** |
| **Vlad Gendelman** General Orthopedic Surgeon | 1711 W. Temple St #4607 Los Angeles, CA 90026 Send all correspondence to this office. CD accepted. | (323) 933-3434 | 1711 W. Temple St #4607 Los Angeles, CA 90026 **In-Person** |
| **Vlad Gendelman** General Orthopedic Surgeon | Send all correspondence to Los Angeles office. CD accepted | (323) 933-3434 | 10640 Riverside Drive North Hollywood, CA 91602 **In-Person** |
| **Mark Ganjianpour** Ortho Surgeon Sports Medicine | 6330 San Vicente Blvd., Ste # 310 Los Angeles, CA 90048 Attn: Medlegal Dept. Send all correspondence to this office. CD accepted. Appointments contact Cintia, Cindy or Carol by email: medlegal@towerorthopedics.com | (310) 855-0751 F: (310) 432-1404 | 6330 San Vicente Blvd., Ste # 310 Los Angeles, CA 90048 **In-Person** |
| **Mark Ganjianpour** Ortho Surgeon Sports Medicine | Send all correspondence to the Los Angeles office. CD accepted. Appointments contact Cintia, Cindy or Carol by email: medlegal@towerorthopedics.com | (310) 855-0751 F: (310) 432-1404 | 9555 Foothill Blvd. Suite B Rancho Cucamonga, CA 91730 **In-Person** |
| **Domenick J. Sisto** Ortho Surgeon | 4955 Van Nuys Blvd. Suite 615 Sherman Oaks, CA 91384 Send all correspondence to this address. CD accepted | (818) 905-2222 Ext, 200/201 F: (818) 905-8702 | 4955 Van Nuys Blvd. Suite 615 Sherman Oaks, CA 91384 **In-Person** |

 

## List of Agreed Medical Examiners for City of Los Angeles'
## Alternative Dispute Resolution Program Updated June 16, 2025
### Orthopedic

| Name | Address | Phone Number | Address of Patients Meeting Place |
|---|---|---|---|
| **Domenick J. Sisto** Ortho Surgeon | 38660 Medical Center Dr. Suite A250 Palmdale, CA 93551 Send all correspondence to this address.  CD accepted | 661) 267-7777 ext: 114 | 38660 Medical Center Dr. Suite A250 Palmdale, CA 93551  **In-Person** |
| **Yuri Falkinstein** General Orthopedic Spine | 16530 Ventura Blvd., Suite 510 Encino, CA 91436 CD accepted. **Appointments contact: Teresa Lopez Email: Medlegal@wcspine.com** | (818) 582-2600 F: (818) 855-2456 | 16530 Ventura Blvd., Suite 510 Encino, CA 91436  **Parking fee: Validate In-Person** |
| **Yuri Falkinstein** General Orthopedic Spine | Send all correspondence to Encino address. CD accepted. | (818) 582-2600 F: (818) 855-2456 | 1700 E. Cesar Chave Ave., Suite 2200 Los Angeles, CA 90033 **Parking fee: $8.00 max In-Person** |
| **Yuri Falkinstein** General Orthopedic Spine | Send all correspondence to Encino address. CD accepted. | (818) 582-2600 F: (818) 855-2456 | 23502 Lyons Avenue, Suite 202A Santa Clarita, CA 91321 **In-Person** |
| **Yuri Falkinstein** General Orthopedic Spine | Send all correspondence to Encino address. CD accepted. | (818) 582-2600 F: (818) 855-2456 | 3400 E. Florence Ave Suite B Huntington Park, CA 90255 **In-Person** |
| **Yuri Falkinstein** General Orthopedic Spine | Send all correspondence to Encino address. CD accepted. | (818) 582-2600 F: (818) 855-2456 | 11702 E. Imperial Hwy Unite 110 Norwalk, CA 90650 **In-Person** |
| **Yuri Falkinstein** General Orthopedic Spine | Send all correspondence to Encino address. CD accepted. | (818) 582-2600 F: (818) 855-2456 | 8601-Wheeler Ave Fontana, CA 92335 **In-Person** |
| **Yuri Falkinstein** General Orthopedic Spine | Send all correspondence to Encino address. CD accepted. | (818) 582-2600 F: (818) 855-2456 | 1665 F St Bakersfield, CA 93301 **In-Person** |
| **Yuri Falkinstein** General Orthopedic Spine | Send all correspondence to Encino address. CD accepted. | (818) 582-2600 F: (818) 855-2456 | 15901 Hawthorne Blvd., Suite 450 Lawndale, CA 90260 **In-Person** |
| **Yuri Falkinstein** General Orthopedic Spine | Send all correspondence to Encino address. CD accepted. | (818) 582-2600 F: (818) 855-2456 | 13680 Van Nuys Blvd Pacoima, CA 91331 **In-Person** |




CCMS
CALIFORNIA CLAIMS
MANAGEMENT SERVICES

COALITION OF
LA CITY UNIONS

### List of Agreed Medical Examiners for City of Los Angeles'
### Alternative Dispute Resolution Program Updated June 16, 2025

#### Orthopedic

| Name | Address | Phone Number | Address of Patients Meeting Place |
|---|---|---|---|
| **Yuri Falkinstein** General Orthopedic Spine | Send all correspondence to the Encino office. CD accepted. | (818) 582-2600 F: (818) 855-2456 | 7219 Atlantic Ave Bell Gardens, CA 90201 **In-Person** |
| **Aaron Coppelson M.D.** Physical Medicine and Rehabilitation Pain Management | P.O. Box 261399 Encino, CA 91426 Send all correspondence to this address. CD accepted. | (818) 465-6620 F: (818) 465-6622 | 1111 North Brand Blvd, Suite 320 Glendale, CA 91202 **In-Person** |
| **Aaron Coppelson M.D.** Physical Medicine and Rehabilitation Pain Management | Send all correspondence to the Encino P.O. Box. CD accepted. | (818) 465-6620 F: (818) 465-6622 | 14600 Sherman Way, Suite 100 A Van Nuys, CA 91405 **In-Person** |
| **Aaron Coppelson M.D.** Physical Medicine and Rehabilitation Pain Management | Send all correspondence to the Encino P.O. Box CD accepted. | (818) 465-6620 F: (818) 465-6622 | 3530 Atlantic Ave, Suite 101 Long Beach, CA 90807 **In-Person** |
| **Aaron Coppelson M.D.** Physical Medicine and Rehabilitation Pain Management | Send all correspondence to the Encino P.O. Box CD accepted. | (818) 465-6620 F: (818) 465-6622 | 3000 W. Macarthur Blvd Suite 600 Santa Ana, CA 92704 **In-Person** |
| **Aaron Coppelson M.D.** Physical Medicine and Rehabilitation Pain Management | Send all correspondence to the Encino P.O. Box CD accepted. | (818) 465-6620 F: (818) 465-6622 | 225 W. Hospitality Ln, Suite 212 San Bernardino, CA 92408 **In-Person** |
| **Aaron Coppelson M.D.** Physical Medicine and Rehabilitation Pain Management | Send all correspondence to the Encino P.O. Box CD accepted. | (818) 465-6620 F: (818) 465-6622 | 6700 Indiana Ave Suite 145 Riverside, CA 92506 In-Person |
| **Aaron Coppelson M.D.** Physical Medicine and Rehabilitation Pain Management | Send all correspondence to the Encino P.O. Box CD accepted. | (818) 465-6620 F: (818) 465-6622 | 601 S. Milliken Ave Suite B Ontario, CA 91761 **In-Person** |
| **Aaron Coppelson M.D.** Physical Medicine and Rehabilitation Pain Management | Send all correspondence to the Encino P.O. Box CD accepted. | (818) 465-6620 F: (818) 465-6622 | 43860 10th St Suite 201 Lancaster, CA 93534 In-Person |
| **Aaron Coppelson M.D.** Physical Medicine and Rehabilitation Pain Management | Send all correspondence to the Encino P.O. Box CD accepted. | (818) 465-6620 F: (818) 465-6622 | 503 W. Columbus St Suite A Bakersfield, CA 93301 **In-Person** |




## List of Agreed Medical Examiners for City of Los Angeles' Alternative Dispute Resolution Program Updated June 16, 2025

### Orthopedic

| Name | Address | Phone Number | Address of Patients Meeting Place |
|------|---------|--------------|-----------------------------------|
| **James Michael Fait, MD** Orthopedic Surgeon | 1680 Plum Lane Redlands, CA 92374 Send all correspondence to this address. CD accepted. | (888) 888-5902 F: (909) 801-2185 | 1680 Plum Lane Redlands, CA 92374 **In-Person** |
| **James Michael Fait, MD** Orthopedic Surgeon | Send all correspondence to the Redlands address CD accepted. | (888) 888-5902 F: (909) 801-2185 | 15141 Whittier Blvd Ste 210 Whittier, CA 90603 **In-Person** |
| **James Michael Fait, MD** Orthopedic Surgeon | Send all correspondence to the Redlands address CD accepted. | (888) 888-5902 F: (909) 801-2185 | 1727 Sweetwater Rd., Ste 112 National City, CA 91950 **In-Person** |
| **James Michael Fait, MD** Orthopedic Surgeon | Send all correspondence to the Redlands address CD accepted. | (888) 888-5902 F: (909) 801-2185 | 2760 E. Florence Ave Huntington Park, CA 90255 **In-Person** |
| **James Michael Fait, MD** Orthopedic Surgeon | Send all correspondence to the Redlands address CD accepted. | (888) 888-5902 F: (909) 801-2185 | 301 N. Prairie Ave Ste 201 Inglewood, CA 90301 **In-Person** |
| **James Michael Fait, MD** Orthopedic Surgeon | Send all correspondence to the Redlands address CD accepted. | (888) 888-5902 F: (909) 801-2185 | 441 W. State St El Centro, CA 92243 **In-Person** |
| **James Michael Fait, MD** Orthopedic Surgeon | Send all correspondence to the Redlands address CD accepted. | (888) 888-5902 F: (909) 801-2185 | 8036 3rd St Ste 103 Downey, CA 90241 **In-Person** |
| **James Michael Fait, MD** Orthopedic Surgeon | Send all correspondence to the Redlands address CD accepted. | (888) 888-5902 F: (909) 801-2185 | 3530 Atlantic Ave., Ste 101 Long Beach, CA 90807 **In-Person** |
| **James Michael Fait, MD** Orthopedic Surgeon | Send all correspondence to the Redlands address. CD accepted CD accepted. | (888) 888-5902 F: (909) 801-2185 | 733 3rd Ave Chula Vista, CA 91910 **In-Person** |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

# EXHIBIT "6"

28

# QuickBooks Payment Receipt

**Customer:** Steve Hernandez
**Payment Date:** May 28, 2025
**Payment No.:** 1001
**Payment Method:** Cash
**Reference No.:** N/A

| Deposit To | Amount Received |
|---|---|
| Room Rental Deposit – 4900 N Grand Ave, Covina, CA 91724 | $2,000.00 |

**Memo:** Cash deposit received for room rental at 4900 N Grand Ave, Covina, CA 91724.

**Total Payment Received:** $2,000.00
**Amount in Words:** Two Thousand and 00/100 Dollars

**Received By:** Jeff Veliz

Signature: _____

# QuickBooks Payment Receipt

**Customer:** Steve Hernandez
**Payment Date:** June 1, 2025
**Payment No.:** 1003
**Payment Method:** Cash
**Reference No.:** N/A

| Deposit To | Amount Received |
|---|---|
| June rent payment – 4900 N Grand Ave, Covina, CA 91724 | $1,500.00 |

**Memo:** Cash payment received for June rent at 4900 N Grand Ave, Covina, CA 91724.

**Total Payment Received:** $1,500.00
**Amount in Words:** One Thousand Five Hundred and 00/100 Dollars

**Received By:** Jeff Veliz

Signature: _____

# QuickBooks Payment Receipt

**Customer:** Steve Hernandez
**Payment Date:** June 11, 2025
**Payment No.:** 1004
**Payment Method:** Zelle (to Crystal's Account)
**Reference No.:** N/A

| Deposit To | Amount Received |
|---|---|
| July rent payment – 4900 N Grand Ave, Covina, CA 91724 | $1,500.00 |

**Memo:** Zelle payment received via Crystal's account for July rent at 4900 N Grand Ave, Covina, CA 91724.

**Total Payment Received:** $1,500.00
**Amount in Words:** One Thousand Five Hundred and 00/100 Dollars

**Received By:** Jeff Veliz

Signature: _____

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT "7"

**The Headstrong Project**
4504 162nd St., Suite 203
Flushing, NY 11358
Email: info@theheadstrongproject.org
Website: theheadstrongproject.org

---

*Date:* 10/20/2025
*To Whom It May Concern,*

This letter is to confirm that Steven Hernandez is currently receiving therapeutic services through The Headstrong Project.

Due to strict patient privacy and confidentiality regulations, no further information can be disclosed.

If you require additional verification within the scope of patient privacy, please feel free to contact our office directly.

Sincerely,
Cathy Harris, LCSW
Therapist
The Headstrong Project

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT "8"

**BANK OF AMERICA**

**Adv Plus Banking -          : Account Activity**

**Transaction details**    *Americo Hernandez Acct*

| | |
|---|---|
| Posting date | May 30, 2025 |
| Description | Zelle payment from TIANCHENG INTERNATIONAL GROUP INC for "prepaid"; Conf# i9zdh6k1j |
| Type | Transfer |
| Status | Cleared |
| Amount | $2,000.00 |
| Description | Zelle payment from TIANCHENG INTERNATIONAL GROUP INC for "prepaid"; Conf# i9zdh6k1j |
| Merchant name | TIANCHENG INTERNATIONAL GROUP INC |
| Transaction category | Income : Deposits |

*Deposit to hold Run Covers August & Sept 2025 For Student.*

**BANK OF AMERICA**

**Adv Plus Banking -**      **: Account Activity**

*America Hernandez Neet*

**Transaction details**

| | |
|---|---|
| Posting date | Sep 2, 2025 |
| Description | Zelle payment host Oct Nov |
| Type | Transfer |
| Status | Reconciled |
| Amount | $2,000.00 |
| Description | Zelle payment from for "Hosting Sep 2025 for Yuxuan Xiong"; Conf# gdof99pi2 |
| Merchant name | Zelle payment from for "Hosting Sep 2025 for Yuxuan Xiong"; Conf# gdof99pi2 |
| Transaction category | Income : Other Income |

*Oct + Nov Payment for Student*

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
**18000 Studebaker Rd., 325, Cerritos, CA 90703**

A true and correct copy of the foregoing document entitled (*specify*): **SUPPLEMENTAL DECLARATION OF AMERICA MARIA HERNANDEZ IN SUPPORT OF MOTION TO CONTINUE OR IMPOSE THE AUTOMATIC STAY:** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*)
_____10/29/25_____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

**Amrane Cohen: efile@ch13ac.com**
**United States Trustee: ustpregion16.sa.ecf@usdoj.gov**
**Jennifer C Wong: bknotice@mccarthyholthus.com**
☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) __10/30/25__, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**United States Bankruptcy Court**
**Attn: Judge Houle**
**411 West Fourth Street, Suite 6135 / Courtroom 6C**
**Santa Ana, CA 92701-4593**
☒ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**:  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**Jennifer C Wong: bknotice@mccarthyholthus.com**
**Hadi R Seyed-Ali: Hadi.Seyed-Ali@padgettlawgroup.com**
**Christopher Giacinto: PLG@ecf.courtdrive.com**
**Jason T Seals: jason.seals@padgettlawgroup.com**
☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 10/29/25 | Victor Hernandez | /s/Victor Hernandez |
|---|---|---|
| Date | Name | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**

America Maria Hernandez
1460 Pamela Lane
La Habra, CA 90631


Onyinye N Anyama
Anyama Law Firm, APC
18000 Studebaker Rd Ste 325,
Cerritos, CA 90703


 LVNV Funding LLC/Resurgent Capital
for Credit One Bank
PO Box 10587
Greenville, SC 29603-0587


Bank of America
PO Box 673033
Dallas, TX 75267-3033


Caliber Home Loans, Inc./
New Residential Investment Corp
Attn: Michael Nierenberg, CEO
1345 Avenue of the Americas, 45th F
New York, NY 10105


Capital One
Attn: Bankruptcy
Po Box 30285
Salt Lake City, UT 84130


Cavalry SPV I, LLC
PO Box 4252
Greenwich, CT 06831


Credit Collection Service
725 Canton St
Norwood, MA 02062

Credit One Bank
Attn: Bankruptcy Department
6801 Cimarron Rd
Las Vegas, NV 89113


Credit One Bank
Attn: BK Dept
6801 Cimarron Rd
Las Vegas, NV 89113


Fay Servicing, LLC
PO Box 814609
Dallas, TX 75381-4609


Fay Servicing, LLC
Attn: Rebecca Vang, Serv Agent
2710 Gateway Oaks Drive
Sacramento, CA 95833


Fay Servicing, LLC
Attn: Edward Fay, Founder and CEO
440 S. LaSalle St.
Chicago, IL 60605


Fay Servicing, LLC
Attn: Edward Fay, Founder and CEO
5426 Bay Center Dr
Tampa, FL 33609-3401


Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346


LVNV Funding, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Mission Lane LLC
Attn: Bankruptcy
PO Box 105286
Atlanta, GA 30348


NPRTO California, LLC
256 West Data Drive
Draper, UT 84020


Padgett Law Group
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312


Progressive Leasing LLC
256 West Data Drive
Draper, UT 84020


Quality Loan Service Corp
2763 Camino Del Rio South
San Diego, CA 92108


Resurgent Capital Services
Placentia Linda Hospital
PO Box 10587
Greenville, SC 29603-0587


Santander USA
PO Box 660633
Dallas, TX 75266-0633


Santander USA
Attn: Alex Jenkins, Serv Agent
2710 Gateways Oaks Drive
Sacramento, CA 95833

Santander USA
Attn: Christiana Riley, CEO
75 State Street
Boston, MA 02109


Santander USA
Attn: Christiana Riley, CEO
1601 Elm Street
Suite 800
Dallas, TX 75201-4701


Southern California Edison Company
Attention: Credit & Payment Service
1551 W. San Bernardino Rd
Covina, CA 91722


Sunrise Hospital And Medical Center
Resurgent Capital Services
PO Box 1927
Greenville, SC 29602


U.S. Bank Trust National Associatio
Fay Servicing, LLC
PO Box 814609
Dallas, TX 75381-4609


U.S. Bank Trust, N.A.
c/o Caliber Home Loans, Inc.
13801 Wireless Way
Oklahoma City, OK 73134


U.S. Bank Trust, N.A.
Attn: Andrew Cecere, CEO
800 Nicollet Mall
Minneapolis, MN 55402