JaVonne M. Phillips, Esq. SBN 187474
Jennifer C. Wong, Esq. SBN 246725
**McCarthy & Holthus, LLP**
2763 Camino Del Rio South, Suite 100
San Diego, CA 92108
Phone (877) 369-6122
Fax (619) 685-4811

Attorneys for
U.S. Bank Trust National Association, not in its individual capacity, but solely as Trustee of LSF8 Master Participation Trust, its assignees and/or successors, by and through its servicing agent Fay Servicing, LLC

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>America Maria Hernandez,<br><br>    Debtor. | ) Case No.  8:25-bk-12703-MH<br>)<br>) Chapter 13<br>)<br>)<br>)<br>)<br>) **REPLY TO SUPPLEMENTAL**<br>) **DECLARATION AND EXHIBITS IN**<br>) **SUPPORT OF MOTION FOR ORDER**<br>) **IMPOSING A STAY OR CONTINUING**<br>) **THE AUTOMATIC STAY**<br>)<br>)<br>) <u>Hearing</u><br>) Date: 11/06/2025<br>) Time: 1:30PM<br>) Ctrm: 6C<br>) Place: 411 W. Fourth St.<br>)         Santa Ana, CA 92701<br>)<br>)<br>) Judge: Mark D. Houle<br>)<br>)<br>) |

U.S. Bank Trust National Association, not in its individual capacity, but solely as Trustee of LSF8 Master Participation Trust, its assignees and/or successors, by and through its servicing agent Fay Servicing, LLC ("Secured Creditor") hereby submits the following Reply to the Supplemental Declarations and Exhibits to the Motion to Continue or Impose the Automatic Stay filed by America Maria Hernandez ("Debtor").

1. <u>Property was sold at a foreclosure sale and is no longer property of the estate</u>

Property was sold at a foreclosure sale on 09/29/2025. Pursuant to 11 U.S.C. §362(c)(4)(A)(i) and (ii), there was no stay when this bankruptcy petition was filed. Debtor had two previous cases that were pending but dismissed within the last 12 months, as a matter of law, there was currently no stay in place upon the filing of this instant case.

On January 1, 2021, California altered its non-judicial foreclosure process by enacting Cal. Civ. Code §2924m.  Section 2924m(c) established holding periods following a foreclosure sale under various scenarios to allow the submission of additional bids which convoluted when a sale is determined to be "final" and whether relation back under §2924h(c) was applicable.

In this instance, a Notice of Intent to Bid was submitted within the 15 day window which triggered the 45 day holding period. If no further bids are submitted, the window closes and the sale is deemed final. The foundational issue here lies with the applicability of §2924h(c) which provides the relation back protections that determine finality and perfection of the sale.  In an overbid situation, so long as the Trustee's Deed is recorded within 60 days of the completed sale date, the sale will be deemed perfected as of 8:00AM on the actual date of the sale. <u>Cal. Civ. Code § 2924h(c)</u>.  Section 2924h(c) states:

"For the purposes of this subdivision, the trustee's sale shall be deemed final upon the acceptance of the last and highest bid, and shall be deemed perfected as of 8 a.m. on the actual date of sale if the trustee's deed is recorded within 21 calendar days after the sale, or the next business day following the 21st day if the county recorder in which the property is located is closed on the 21st day. <u>If an eligible bidder submits a written notice of intent to bid pursuant to paragraph (3) of subdivision (c) of Section 2924m, the trustee's sale shall be deemed perfected as of 8 a.m. on the actual date of sale if the trustee's deed is recorded within 60 calendar days after the sale or the next business day following the 60th day if the county recorder in which the property is located is closed on the 60th day...</u>" (underline added) <u>Cal. Civ. Code §2924h(c)</u>.

The second sentence (underlined) is the relevant sentence for this analysis. It confirms that the Trustee's Sale is FINAL so long as the Trustee's Deed Upon Sale is recorded within 60 days of the sale. If so, it is deemed to have occurred at 8:00am on the day of the sale.

A recent California bankruptcy court analyzed and held the same premise that if the property owner files a bankruptcy petition during the relation-back statutory time period (21 or 60 calendar days), the purchaser may nevertheless record the deed without violating the stay, provided the deed is recorded within the relation-back period. *See* In re Stephens, 661 BR 948, 953-954 (Bankr. C.D. Cal. 2024).

It can be argued that during the holding period, Debtor has temporary title. Id at 954. After the 45 day holding period expires, any interest Debtor had will cease to exist. The sale would be deemed final. Id. The relation back protections of Section 2924h(c) would deem the sale final as of the date of the sale so long as the deed is recorded within 60 days. If recorded during the relation back period, it would not violate the stay (even if a stay was in place).

The holding period is set to expire on 11/13/2025. If no bids are submitted, the purchaser would have until 11/28/2025 to record the deed without violating the stay (if stay is imposed). Thus, even if the stay is imposed in this case, it would not influence the foreclosure sale as long as the deed is recorded within the 60 days required by the statute.

Dated: 11/04/2025

Respectfully submitted,
McCarthy & Holthus, LLP

By: /s/ Jennifer C. Wong
Jennifer C. Wong, Esq.
Attorney for U.S. Bank Trust National Association, not in its individual capacity, but solely as Trustee of LSF8 Master Participation Trust, its assignees and/or successors, by and through its servicing agent Fay Servicing, LLC

M&H File No. CA-25-186932

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
2763 Camino Del Rio S., Suite 100
San Diego, CA 92108

A true and correct copy of the foregoing document entitled (*specify*): **REPLY TO SUPPLEMENTAL DECLARATION AND EXHIBITS IN SUPPORT OF MOTION FOR ORDER IMPOSING A STAY OR CONTINUING THE AUTOMATIC STAY** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 11/4/2025, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

| TRUSTEE | DEBTOR(S) COUNSEL | US TRUSTEE |
|---|---|---|
| Amrane (SA) Cohen (TR) | Onyinye N Anyama | ustpregion16.sa.ecf@usdoj.gov |
| efile@ch13ac.com | onyi@anyamalaw.com | |

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 11/4/2025, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**DEBTOR(S)**
America Maria Hernandez, 1460 Pamela Lane, La Habra, CA 90631

**JUDGE'S COPY**
The Honorable Judge, Mark D. Houle, United States Bankruptcy Court - Santa Ana Division, 3420 Twelfth Street, Suite 365, Riverside, CA, 92501-3819

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 11/4/2025 | Hue Banh | /s/ Hue Banh |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

**F 9013-3.1.PROOF.SERVICE**