1  JaVonne M. Phillips, Esq. SBN 187474
2  Jennifer C. Wong, Esq. SBN 246725
   **McCarthy & Holthus, LLP**
3  2763 Camino Del Rio South, Suite 100
   San Diego, CA 92108
4  Phone (877) 369-6122
5  Fax (619) 685-4811

6  Attorneys for
7  U.S. Bank Trust National Association, not in its individual capacity, but solely as Trustee of
   LSF8 Master Participation Trust, its assignees and/or successors, by and through its servicing
8  agent Fay Servicing, LLC

9

10                       UNITED STATES BANKRUPTCY COURT

11                        CENTRAL DISTRICT OF CALIFORNIA

12                               SANTA ANA DIVISION

13

14  In re                               ) Case No. 8:25-bk-12703-MH
                                        )
15                                      )
    America Maria Hernandez,            ) Chapter 13
16                                      )
17        Debtor.                       )
                                        )
18                                      ) **OBJECTION TO CONFIRMATION OF**
                                        ) **CHAPTER 13 PLAN**
19                                      )
20                                      )
                                        )
21                                      ) **Hearing:**
22                                      ) Date:  11/20/2025
                                        ) Time:  11:00AM
23                                      ) Ctrm:  6C
                                        ) Place: 411 West Fourth Street,
24                                      )        Santa Ana CA
25                                      )
                                        )
26                                      ) Judge: Mark D. Houle
                                        )
27                                      )
                                        )
28  _____ )

29

U.S. Bank Trust National Association, not in its individual capacity, but solely as Trustee of LSF8 Master Participation Trust, its assignees and/or successors, by and through its servicing agent Fay Servicing, LLC, ("Secured Creditor") in the above-entitled Bankruptcy proceeding hereby submits the following Objections to Confirmation of the Chapter 13 Plan proposed by America Maria Hernandez ("Debtor").

1. Debtor is the former owner of residential real property located at 1460 Pamela Lane, La Habra, CA 90631 ("Property").  Debtor defaulted on loan payments and as a result, the Property was sold at a foreclosure sale on 09/29/2025.

2. The instant bankruptcy is the Debtors third bankruptcy case filed in which Debtor had two prior dismissals within the last 12 months. Debtor filed the first bankruptcy on 7/23/2025 as case number 8:23-bk-11518-TA which was dismissed on 01/15/2025. The second bankruptcy was filed on 02/19/2025 as case number 8:25-bk-10404 MH which was dismissed on 08/22/2025.  The instant case was filed on 09/25/2025.  Due to the lack of stay when the third bankruptcy was filed, Secured Creditor moved forward with its scheduled foreclosure sale.

3. Debtor improperly provides for the claim in the Chapter 13 Plan. Debtor proposes to pay arrears owed to Secured Creditor in the amount of $95,000.00. Debtor is no longer the owner of the Property and thus Secured Creditor cannot accept payments on the loan. Therefore, Secured Creditor requests that Debtor amend the Plan accordingly and exclude treatment of Secured Creditor from the Plan.

Respectfully submitted,

**McCarthy & Holthus, LLP**

11/05/2025

By: /s/ Jennifer C. Wong
Jennifer C. Wong, Esq.
Attorney for U.S. Bank Trust National Association, not in its individual capacity, but solely as Trustee of LSF8 Master Participation Trust, its assignees and/or successors, by and through its servicing agent Fay Servicing, LLC

M&H File No. CA-25-186932

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
2763 Camino Del Rio S., Suite 100
San Diego, CA 92108

A true and correct copy of the foregoing document entitled (*specify*): **OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 11/5/2025, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

| TRUSTEE | DEBTOR(S) COUNSEL | US TRUSTEE |
|---|---|---|
| Amrane (SA) Cohen (TR) | Onyinye N Anyama | ustpregion16.sa.ecf@usdoj.gov |
| efile@ch13ac.com | onyi@anyamalaw.com | |

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 11/5/2025, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**DEBTOR(S)**
America Maria Hernandez, 1460 Pamela Lane, La Habra, CA 90631

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 11/5/2025 | Hue Banh | /s/ Hue Banh |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**