| Attorney or Party Name, Address, Telephone & FAX Numbers, State Bar Number & Email Address<br>JaVonne M. Phillips, Esq. SBN 187474<br>Jennifer C. Wong, Esq. SBN 246725<br>**McCarthy & Holthus, LLP**<br>2763 Camino Del Rio South, Suite 100<br>San Diego, CA 92108<br>Phone (877) 369-6122<br>Fax (619) 685-4811<br>bknotice@mccarthyholthus.com<br><br>☐ *Attorney for Movant*<br>☐ *Movant appearing without an attorney* | FOR COURT USE ONLY<br><br>**FILED & ENTERED**<br><br>**NOV 14 2025**<br><br>CLERK U.S. BANKRUPTCY COURT<br>Central District of California<br>BY jle          DEPUTY CLERK |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION**

| In re:<br><br>America Maria Hernandez,<br><br><br><br><br><br><br><br><br>Debtor(s). | CASE NUMBER: 8:25-bk-12703-MH<br>CHAPTER: 13 |
|---|---|
| | **INTERIM ORDER ☒ GRANTING ☐ DENYING MOTION FOR ORDER IMPOSING A STAY OR CONTINUING THE AUTOMATIC STAY** |
| | ☐ No hearing held<br>☒ Hearing held<br>DATE: 11/06/2025<br>TIME: 1:30PM<br>COURTROOM: 6C<br>ADDRESS: 411 W. Fourth St.<br>          Santa Ana, CA |

**Movant** *(name)*: America Maria Hernandez

1. The Motion was:  ☒ Opposed  ☐ Unopposed  ☐ Settled by stipulation

2. The Motion affects the following property (Property):

---

*"Bankruptcy Code" and "11 U.S.C." refer to the United States Bankruptcy Code, Title 11 of the United States Code.*
*"FRBP" refers to the Federal Rules of Bankruptcy Procedure. "LBR" and "LBRs" refer to the Local Bankruptcy Rule(s) of this court.*

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

☐ Vehicle *(describe year, manufacturer, type and model)*:

　　　*Vehicle identification number:*
　　　*Location of vehicle (if known):*

☐ Equipment *(describe manufacturer, type, and characteristics)*:

　　　*Serial numbers(s):*
　　　*Location (if known):*

☐ Other personal property *(describe type, identifying information, and location)*:

☒ Real property:

　　　*Street Address:*　　　*1460 Pamela Lane*
　　　*Unit Number:*
　　　*City, State, Zip Code: La Habra, CA 90631*

　　　Legal description or document recording number (*including county of recording*):

　　　☐ See attached page.

3. The Motion is granted on the grounds that:

　　a. ☐ This case was filed in good faith.

　　b. ☐ The Property is of consequential value or benefit to the estate.

　　c. ☐ The presumption of bad faith under 11 U.S.C. § 362(c)(3)(C)(i) or (c)(4)(D)(i) has been overcome as to all creditors.

　　d. ☐ The presumption of bad faith as to the Secured Creditor/Lessor under 11 U.S.C. § 362(c)(3)(C)(ii) or (c)(4)(D)(ii) has been overcome.

4. The stay of 11 U.S.C. § 362(a) is

　　a. ☐ Imposed *as to all creditors* until further order of the court.

　　b. ☐ Imposed as to the Secured Creditor/Lessor with respect to actions to collect the debt owed to the Secured Creditor/Lessor until further order of the court.

　　c. ☐ Imposed as to the Secured Creditor/Lessor with respect to the Property until further order of the court.

　　d. ☐ Continued *as to all creditors* until further order of the court.

　　e. ☐ Continued in effect as to the Secured Creditor/Lessor with respect to actions to collect the debt owed to the Secured Creditor/Lessor until further order of the court.

　　f. ☐ Continued in effect as to the Secured Creditor/Lessor with respect to the Property until further order of the court.

5. ☐ The stay is imposed or continued in effect subject to the terms and conditions set forth in the Adequate Protection Attachment to this order.

6. ☒ See attached continuation page for additional provisions.

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2018*　　　　　　　　　　Page 2　　　　　　　　　**F 4001-1.IMPOSE.STAY.ORDER**

7. ☐ The Motion is denied:    ☐ without prejudice    ☐ with prejudice    ☐ on the following grounds:

   a. ☐ Based upon the findings of fact and conclusions of law made on the record at the hearing

   b. ☐ Unexcused non-appearance by Movant

   c. ☐ Lack of proper service

   d. ☐ Lack of good cause shown for relief from stay

   e. ☐ Other (*specify*):

###

Date: November 14, 2025

Mark Houle
United States Bankruptcy Judge

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2018*                              Page 3                              **F 4001-1.IMPOSE.STAY.ORDER**

**<u>CONTINUATION PAGE</u>**

IT IS HEREBY ORDERED:

1.  The automatic stay is temporarily imposed effective 11/07/2025 through 11/20/2025.

2.  Debtor is to file a Reply to Creditor's Response to the Motion to Continue or Impose the Automatic Stay by 11/12/2025.

3.  Creditor's Sur Reply is due by 11/17/2025.

4.  The hearing on the Motion is continued to 11/20/2025 at 2:00PM for further consideration.

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2018*                                    Page 4                          **F 4001-1.IMPOSE.STAY.ORDER**