FILED
NOV 19 2025
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

Case 8:25-bk-12703-MH

# SUPPLEMENTAL DECLARATION OF AMERICA HERNANDEZ

Hearing Date: Nov 20th 2PM
Courtroom # 6C

I, America Hernandez, declare as follows:

1. I am the Debtor in this Chapter 13 case, Case No. 25-12703. I make this declaration based on my own personal knowledge, and if called as a witness, I could and would testify competently to the facts stated herein.
2. My home has been the primary residence of my family for eighteen years. I filed this Chapter 13 case in good faith with the intention of saving my home and paying my secured creditors through a feasible plan.
3. Prior to the foreclosure sale that occurred on September 29, 2025, I believed that I was protected by the bankruptcy filing. I was informed by my attorney and her office that the paperwork necessary to impose or continue the automatic stay had been handled. I relied entirely on those representations.
4. I later learned that the Motion to Impose/Extend the Automatic Stay was not timely and not correctly filed, and therefore no stay was in place at the time of the foreclosure sale. I was never informed by my attorney of this defect before the sale occurred. I only learned of the problem after the property had already been sold.

4A. On October 1, 2025, I received a communication from my attorney's paralegal stating that the Motion to Impose the Automatic Stay had been filed. This representation was false. No such motion was ever filed prior to the foreclosure sale. A true and correct copy of that communication is attached as Exhibit A. I relied on that communication in believing that the stay was in place and that I was protected from foreclosure.

4B. Even after speaking with my attorney on November 12, she continued to insist that everything had been filed in a timely manner and that I "should be protected" under the automatic stay. She became upset when I questioned this and stated that something had not been filed correctly. Based on what I now understand about third filings within twelve months, an emergency Motion to Impose the Stay was required immediately—not within thirty days. That emergency motion was never filed, despite the office knowing a foreclosure sale was pending.

5. Had I known that I was not protected by the automatic stay, I would have immediately taken steps to prevent the sale, including filing an emergency motion myself or seeking substitute counsel. I fully understood the urgency of the situation and relied on my attorney to act promptly.

6. I attempted to make my regular mortgage payment on October 13, 2025, by telephone. That is when I was first told that the loan would not be accepted because the property had been sold. Until that moment, I had no knowledge whatsoever that a sale had taken place. My attempt to pay demonstrates the good faith belief that my bankruptcy protections were in place and that I remained responsible for my mortgage.
7. I have never intended to delay or abuse the bankruptcy system. My goal has always been to rehabilitate the mortgage and continue making payments under a Chapter 13 plan, which my income and my family's contributions fully support. We are able and willing to perform under the plan.
8. The Trustee's Deed has not been delivered or recorded, and the purchaser was processed as a prospective owner-occupant under Cal. Civ. Code § 2924m, meaning the sale remains within the statutory non-final 45-day holding period, and legal title has not transferred. This period specifically preserves the debtor's remaining interest and does not create finality.
9. The foreclosure sale only proceeded because I relied, in good faith, on my attorney's statements that I was protected and that the stay motion had been filed properly. I respectfully request that the Court grant relief under Rule 60(b)(6) to correct the consequences of attorney error, restore the automatic stay nunc pro tunc, and permit or authorize rescission of the sale so I may continue in Chapter 13 as intended.

10. I further state that I fully agree to and adopt Item 9 of the Trustee's Objection, which provides that I may resolve the secured claim through obtaining a refinance within six (6) months. I now have lenders willing to complete this refinance within that timeframe. Extending the stay is necessary so I can complete this refinance as recommended by the Trustee and permanently resolve the secured mortgage debt.

11. I submit this declaration to ensure that the Court has a complete and accurate understanding of my good-faith reliance on counsel, my immediate actions upon learning of the sale, and the continuing non-finality of the foreclosure under California law.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on: Nov 19th, 2025
At: Santa Ana, California

America Hernandez - Debtor

Exhibit A

 Gmail

America Hernandez <america.hernandez04@gmail.com>

## Motion to Impose the stay and further documents needed.
3 messages

**Victor Hernandez** <vhanyamalaw@gmail.com>  Wed, Oct 1, 2025 at 12:26 PM
To: America Hernandez <america.hernandez04@gmail.com>

Mrs. Hernandez,

I have filed your motion. You do not have to appear at the hearing, however; I need the following information while I am out.

1. Pay stubs for your son and daughter for the last 60 days to prepare their contribution declarations. Name of your son and daughter, Name of employer, job title and length of employment.

2. If you already have the second student, please provide proof.

3. Proof that your husband is currently receiving assistance from the VA to address his PTSD.

Let me know if you have any questions.

Thank you.
--
DO NOT email me pictures unless you confirm with me. The court does not allow pictures. Documents sent to you must be signed (No holographic signatures allowed) and scanned back to me through a scanner. Do not scan documents with a phone.

*Victor G. Hernandez*
Paralegal for Onyinye N. Anyama

📎 MTC.pdf
576K

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

A true and correct copy of the foregoing document entitled (specify): __Supplemental Declaration of America Hernandez__

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (date) _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (date) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (date) __11-19-25__, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed. - The Honorable Judge Mark D. Houle, United State Bankruptcy Court - 3420 Twelfth St Ste 365, Riverside, CA. 92501-3819

Trustee - Arlene (SA) Cohen (TR)
efile@ch13ac.com

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 11-19-25 | America Hernandez | /s/ |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                F 9013-3.1.PROOF.SERVICE